Jerome B. Falk, Jr. (State Bar No. 39087)
Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024
Phone 415.434.1600
Fax 415.217.5910
jfalk@howardrice.com

Attorneys for Defendant Cartier, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., et al. | |
| Plaintiff, | Case No.  C-05-4525 EMC |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| CARTIER INTERNATIONAL, a French company, and CARTIER, INC., an American company, | **CLASS ACTION** |
| Defendants. | |

Pursuant to Civil L.R. 6-1(a), the parties, through their undersigned counsel, hereby stipulate to extend the time for Defendant Cartier Inc. to answer or otherwise respond to Plaintiff's Complaint to and including December 21, 2005.

DATED this 29th day of November, 2005.

> Jerome B. Falk, Jr. (State Bar No. 39087)
> Dirk M. Schenkkan (State Bar No. 72533)
> HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
> Three Embarcadero Center
> Seventh Floor
> San Francisco, CA 94111-4024
>
> By _____
>
> *Counsel for Defendant Cartier Inc.*

DATED this 29 day of November, 2005.

> Bruce L. Simon (State Bar No. 96241)
> Esther L. Klisura (State Bar No. 221171)
> COTCHETT, PITRE, SIMON & McCARTHY
> 840 Malcolm Road, Suite 200
> Burlingame, CA 94010
>
> Geoffrey Spellberg (State Bar No. 121079)
> MEYERS, NAVE, RIBACK, SILVER & WILSON
> 50 California Street, Suite 3050
> San Francisco, CA 94111
>
> By _____
>
> *Counsel for Plaintiffs*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED:          December 1, 2005

4                                                      Magistrate Judge Edward M. Chen

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28