Amanda J. Gallagher (*pro hac vice* admission pending)
Brenda D. DiLuigi (*pro hac vice* admission pending)
Linklaters
1345 Avenue of the Americas
New York, New York 10105
Phone: (212) 903-9000
Fax: (212) 903-9100
amanda.gallagher@linklaters.com

**E-Filing**

Jerome B. Falk, Jr. (State Bar No. 39087)
Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4024
Phone: (415) 434-1600
Fax: (415) 217-5910
jfalk@howardrice.com

Attorneys for Defendants Cartier, Inc.
and Cartier International

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARTIER INTERNATIONAL, a French company, and CARTIER, INC., an American company, <br><br> Defendants. | Case No. C-05-4525 EMC <br><br> **AMENDED STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> **CLASS ACTION** |

1. WHEREAS, on November 30, 2005, the parties filed their stipulation extending the time for Defendant Cartier, Inc. to answer or otherwise respond to Plaintiffs' Complaint to and including December 21, 2005 pursuant to Civil L.R. 6-1 (the "Interim Stipulation");

WHEREAS, the parties agreed to continue negotiations as to a further extension of time and possible waiver of service of process by Cartier International, which has not been served with the Complaint;

WHEREAS, on December 6, 2005, counsel for Plaintiffs sent a written request for waiver of service pursuant to Fed. R. Civ. Proc. 4(d);

WHEREAS, Defendant Cartier International agreed to waive service of process on the express condition that the time for responding to the Complaint would be set for February 13, 2006 for both Defendants Cartier, Inc. and Cartier International; and

WHEREAS, the undersigned have agreed, subject to the approval of the Court, to set the deadline for responding to the Complaint for February 13, 2006, in order to allow for a coordinated response, if appropriate, by Defendants Cartier, Inc. and Cartier International, and to avoid dual tracks of litigation among the parties.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-12, that:

1. Defendants Cartier, Inc. and Cartier International, Inc. shall answer or otherwise respond to Plaintiffs' Complaint on or before February 13, 2006; and

2. The Interim Stipulation is hereby superseded.

DATED this _____ day of December, 2005.

        Amanda J. Gallagher (*pro hac vice* admission pending)
        Brenda D. DiLuigi (*pro hac vice* admission pending)
        Linklaters
        1345 Avenue of the Americas
        New York, New York 10105

        Jerome B. Falk, Jr. (State Bar No. 39087)
        Dirk M. Schenkkan (State Bar No. 72533)
        HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
        Three Embarcadero Center
        Seventh Floor
        San Francisco, California 94111-4024

By /s/ Dirk M. Schenkkan

        *Counsel for Defendants Cartier, Inc. and Cartier International*

1 | DATED this __9__ day of December, 2005.

Bruce L. Simon (State Bar No. 96241)
Esther L. Klisura (State Bar No. 221171)
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010

Geoffrey Spellberg (State Bar No. 121079)
MEYERS, NAVE, RIBACK, SILVER & WILSON
50 California Street, Suite 3050
San Francisco, California 94111

By_____

*Counsel for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 12/12/05

Magistrate Judge Edward M. Chen

AMENDED STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO 05 4525 EMC

4