UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRÉ FLEURY, d/b/a SWISS WATCH CO., et al.
   Plaintiff(s),

v.

CARTIER INTERNATIONAL, a French company, and CARTIER, INC. an American company
   Defendant(s).

CASE NO. 3:05-cv-04525-EMC

Amended (Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Amanda J. Gallagher _____, an active member in good standing of the bar of New York _____, whose business address and telephone number is Linklaters, 1345 Avenue of the Americas, New York, NY 10105, 212-903-9000 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cartier International and Cartier, Inc. _____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 27, 2006

_____
Edward M. Chen
United States Ma[gistrate Judge]

IT IS SO ORDERED
Judge Edward M. Chen