# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANDRÉ FLEURY, d/b/a SWISS WATCH CO., et al.
    Plaintiff(s),

v.

CARTIER INTERNATIONAL, a French company, and CARTIER, INC. an American company
    Defendant(s).

CASE NO. 3:05-cv-04525-EMC

Amended (Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Thomas A. McGrath, an active member in good standing of the bar of New York, whose business address and telephone number is Linklaters, 1345 Avenue of the Americas, New York, NY 10105, 212-903-9000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cartier International and Cartier, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 27, 2006

Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen