1  Amanda J. Gallagher (*pro hac vice*)
   Thomas A. McGrath (*pro hac vice*)
2  Brenda D. DiLuigi (*pro hac vice*)
   LINKLATERS
3  1345 Avenue of the Americas
   New York, New York 10105
4  Phone: (212)903-9000
   Fax: (212) 903-9100
5  amanda.gallagher@linklaters.com

6

7  Jerome B. Falk, Jr. (State Bar No. 39087)
   Dirk M. Schenkkan (State Bar No. 72533)
   HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
8  Three Embarcadero Center
   Seventh Floor
9  San Francisco, California 94111-4024
   Phone: (415) 434-1600
10 Fax: (415) 217-5910
   jfalk@howardrice.com
11

12 Attorneys for Defendants Cartier, Inc.
   and Cartier International
13

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., et al., | ) ) ) |
| Plaintiffs, | ) Case No. C-05-4525 EMC ) ) |
| v. | ) **STIPULATION AND** ~~PROPOSED~~ ) **ORDER MODIFYING INITIAL CASE** |
| CARTIER INTERNATIONAL, a French company, and CARTIER, INC., an American company, | ) **MANAGEMENT CONFERENCE** ) **ORDER** ) ) **CLASS ACTION** |
| Defendants. | ) |

WHEREAS, pursuant to the Court's November 7, 2005 Order Setting Initial Case Management Conference (the "Order"), the initial Case Management Conference was originally scheduled for March 8, 2006 at 1:30 p.m., with corresponding dates set for the parties' meet and confer on initial disclosures, ADR processes, early settlement, and discovery plan (pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5), as well as submission of the parties' ADR Certification

and Stipulation to ADR Process/Notice of Need for ADR Phone Conference (pursuant to Civil L.R. 16-8), initial disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)), and Joint Case Management Statement (pursuant to Civil L.R. 16-9);

WHEREAS, lead trial counsel for the Defendants has advised that she is scheduled to participate in a trial in the United States District Court for the Northern District of Illinois beginning on March 6, 2006, and therefore will be unavailable to attend the Initial Case Management Conference on March 8, 2006; and

WHEREAS, subject to the approval of the Court, the parties have agreed, in light of this conflict and the parties' respective schedules, that the Initial Case Management Conference shall be rescheduled for April 12, 2006 at 1:30 p.m., with a corresponding modification of the related dates provided for in the Order;

NOW THEREFORE, IT IS HEREBY STIPULATED that the Order is modified as follows:

1. The parties shall meet and confer on discovery issues no later than March 22, 2006;

2. The parties shall submit their ADR Certification and Stipulation Selecting ADR Process or Notice of Need for ADR Phone conference no later than March 22, 2006;

3. The parties shall serve their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), or state objections thereto, no later than April 5, 2006;

4. The parties' Joint Case Management Statement shall be filed no later than April 5, 2006; and

5. The Initial Case Management Conference shall be held on April 12, 2006 at 1:30 p.m.

DATED this 13th day of February, 2006.

        Amanda J. Gallagher (*pro hac vice*)
        Thomas A. McGrath (*pro hac vice*)
        Brenda D. DiLuigi (*pro hac vice*)
        LINKLATERS
        1345 Avenue of the Americas
        New York, New York 10105

        Jerome B. Falk, Jr. (State Bar No. 39087)
        Dirk M. Schenkkan (State Bar No. 72533)
        HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
        Three Embarcadero Center
        Seventh Floor
        San Francisco, California 94111-4024

By _/s/_____

Counsel for Defendants Cartier, Inc. and Cartier International

1  DATED this 13th day of February, 2006.

2

3  Bruce L. Simon (State Bar No. 96241)
   Esther L. Klisura (State Bar No. 221171)
4  COTCHETT, PITRE, SIMON & McCARTHY
   840 Malcolm Road, Suite 200
5  Burlingame, California 94010

6  Geoffrey Spellberg (State Bar No. 121079)
   MEYERS, NAVE, RIBACK, SILVER & WILSON
7  50 California Street, Suite 3050
   San Francisco, California 94111

8

9  By_____
10      Counsel for Plaintiffs

11

12

13 PURSUANT TO STIPULATION, IT IS SO ORDERED:

14

15 DATED:    February 15, 2006
                                    _____
                                    Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen