BRUCE L. SIMON (#96241)
ESTHER L. KLISURA (#221171)
**COTCHETT, PITRE, SIMON & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
bsimon@cpsmlaw.com

GEOFFREY SPELLBERG (#121079)
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
50 California Street, Suite 3050
San Francisco, California 94111
Tel: (415) 837-0456
Fax: (415) 398-2625
gspellberg@meyersnave.com

*Counsel for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all others similarly situated, and LIZ HART, an individual consumer, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>CARTIER INTERNATIONAL, a French Company, and CARTIER, INC., an American company,<br><br>      Defendants. | Case No: C-05-4525 EMC<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS HEARING AND EXTEND BRIEFING SCHEDULE;** ~~PROPOSED~~ **ORDER** ON STIPULATION AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO APRIL 19, 2006 |

1  WHEREAS, on February 13, 2006, defendants Cartier International and Cartier, Inc. filed
2  a Motion to Dismiss Plaintiffs' Class Action Complaint;
3  WHEREAS, the hearing on defendants' Motion to Dismiss Plaintiffs' Class Action
4  Complaint was scheduled for March 22, 2006;
5  WHEREAS, due to the unavailability of plaintiffs' counsel on March 22, 2006 and other
6  scheduling restraints, the parties have agreed to continue the hearing date on the Motion to
7  Dismiss to April 19, 2006, or the first available hearing date thereafter that is mutually agreeable
8  to the parties;
9  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
10 undersigned counsel that the hearing on defendants' Motion to Dismiss shall be continued to
11 April 19, 2006, or the first available hearing date thereafter that is mutually agreeable to the
12 parties. Any opposition brief shall be due four weeks before the hearing, and any reply brief
13 shall be due two weeks before the hearing.
14 IT IS SO STIPULATED.

DATED: March 1, 2006        **COTCHETT, PITRE, SIMON & McCARTHY**
                            **MEYERS, NAVE, RIBACK, SILVER & WILSON**

                            By: _____
                                *Counsel for Plaintiffs and the Class*

DATED: March 1, 2006        **LINKLATERS**
                            **HOWARD RICE NEMEROVSKI CANADY FALK &**
                            **RABKIN**

                            By: _____
                                *Counsel for Defendants*

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

Stipulation To Continue Motion To Dismiss Hearing And Extend Briefing Schedule;
Proposed Order                                                                                    1

## ~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED THAT the hearing on defendants' Motion to Dismiss Plaintiffs' Class Action Complaint shall be continued from March 22, 2006 to April 19, 2006. Any opposition brief shall be due, ~~four weeks before the hearing,~~ March 17, 2006 and any reply brief shall be due March 31, 2006. ~~two weeks before the hearing.~~  The initial Case Managment Conference currently set for April 12, 2006 is continued to April 19, 2006 at 10:30 a.m.  Parties shall file their Joint Case Management Statement by April 12, 2006.

~~IT IS SO ORDERED.~~

IT IS SO ORDERED.

Dated: March 2, 2006

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]*