1  Amanda J. Gallagher (*pro hac vice*)
   Thomas A. McGrath (*pro hac vice*)
2  Brenda D. DiLuigi (*pro hac vice*)
   LINKLATERS
3  1345 Avenue of the Americas
   New York, New York 10105
4  Phone: (212) 903-9000
   Fax: (212) 903-9100
5  amanda.gallagher@linklaters.com
   thomas.mcgrath@linklaters.com
6  brenda.diluigi@linklaters.com

7  Jerome B. Falk, Jr. (State Bar No. 39087)
   Dirk M. Schenkkan (State Bar No. 72533)
8  HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN,
   A Professional Corporation
9  Three Embarcadero Center
   Seventh Floor
10 San Francisco, California 94111-4024
   Phone: (415) 434-1600
11 Fax: (415) 217-5910
   jfalk@howardrice.com
12 dschenkkan@howardrice.com

13 Attorneys for Defendants Richemont North America, Inc.
   and Cartier International
14

15                **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                       **SAN FRANCISCO DIVISION**

17                                          )
   ANDRÉ FLEURY, d/b/a SWISS WATCH          )
18 CO., et al.,                             )
                                            )  Case No. C-05-4525 EMC
19                 Plaintiffs,              )
                                            )  **CLASS ACTION**
20        v.                                )
                                            )  **STIPULATION EXTENDING TIME TO**
21                                          )  **RESPOND TO PLAINTIFFS' FIRST**
   CARTIER INTERNATIONAL, a French          )  **AMENDED CLASS ACTION**
22 company, and RICHEMONT NORTH             )  **COMPLAINT**  ; ORDER
   AMERICA, INC., a Delaware Corporation    )
23 and successor to Cartier, Inc.           )
                                            )
24                 Defendants.              )
                                            )
25 _____  )

26

27

28 _____
   STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
   CASE NO 05 4525 EMC

Pursuant to Civil L.R. 6-1(a), the parties, through their undersigned counsel, hereby stipulate to extend the time for Defendants Cartier International and Richemont North America, Inc. to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint to and including June 7, 2006.

DATED this _____ day of May, 2006.

        Amanda J. Gallagher (*pro hac vice*)
        Thomas A. McGrath (*pro hac vice*)
        Brenda D. DiLuigi (*pro hac vice*)
        LINKLATERS
        1345 Avenue of the Americas
        New York, New York 10105

        Jerome B. Falk, Jr. (State Bar No. 39087)
        Dirk M. Schenkkan (State Bar No. 72533)
        HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN,
        A Professional Corporation
        Three Embarcadero Center
        Seventh Floor
        San Francisco, California 94111-4024

By_____/s/_____
      *Counsel for Defendants Richemont North America, Inc.*
       *and Cartier International*

---

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE No 05 4525 EMC

1  DATED this _____ day of May, 2006.

2

3                    Bruce L. Simon (State Bar No. 96241)
                     Esther L. Klisura (State Bar No. 221171)
4                    COTCHETT, PITRE, SIMON & McCARTHY
                     840 Malcolm Road, Suite 200
5                    Burlingame, CA 94010

6
                     Geoffrey Spellberg (State Bar No. 121079)
7                    MEYERS, NAVE, RIBACK, SILVER & WILSON
                     50 California Street, Suite 3050
8                    San Francisco, CA 94111

9

10
                     By_____/s/_____
11                              *Counsel for Plaintiffs*

12

13   IT IS SO ORDERED:

14

15                   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

16   _____
     Edward M. Chen
17   U.S. Magistrate Judge

18   Date:  May 25, 2006

---

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO 05 4525 EMC

3