# Linklaters

1345 Avenue of the Americas
New York, NY 10105
Telephone (1) 212 903 9000
Facsimile (1) 212 903 9100
Direct Line +1 212 903 9029
Direct Fax +1 212 903 9100
amanda.gallagher@linklaters.com

Honorable Edward M. Chen
Northern District of California
Courtroom C, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

June 5, 2006

**Fleury, et al. v. Cartier International, et al., Case No. C05-4525 EMC**

Dear Judge Chen:

I am lead counsel for the defendants in the above-referenced action. As you know, there is a Status Conference scheduled for Wednesday June 7 at 2:30 p.m. The purpose of this letter is to request permission to appear at the conference, which we expect to be short and non-controversial, by telephone. Defendants' local counsel, Mr. Dirk Schenkkan will be appearing in person and, if possible, I would like to avoid the time and expense of traveling to San Francisco from New York. If this is agreeable to the Court, I can be reached at 1 212 903 9029. Thank you very much in advance for considering this request.

Yours sincerely,

Amanda J. Gallagher

cc:  Bruce Simon, Esq.

IT IS SO ORDERED:
Court will initiate call.

/s/ Edward M. Chen
_____
Edward M. Chen
U.S. Magistrate Judge

Linklaters is a multinational partnership including solicitors of the Supreme Court of England and Wales, members of the New York Bar and foreign legal consultants in New York.

Please refer to www.linklaters.com/regulation for important information on the regulatory position of the firm.

//