Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)
Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105
Phone: (212) 903-9000
Fax: (212) 903-9100
amanda.gallagher@linklaters.com
thomas.mcgrath@linklaters.com
brenda.diluigi@linklaters.com

Jerome B. Falk, Jr. (State Bar No. 39087)
Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN,
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4024
Phone: (415) 434-1600
Fax: (415) 217-5910
jfalk@howardrice.com
dschenkkan@howardrice.com

Attorneys for Defendants Richemont North America, Inc.
and Cartier International

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., <u>et al.</u>, | Case No. C-05-4525 EMC |
| Plaintiffs, | **CLASS ACTION** |
| v. | **AMENDED STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |
| CARTIER INTERNATIONAL, a French company, and RICHEMONT NORTH AMERICA, INC., a Delaware Corporation and successor to Cartier, Inc. | |
| Defendants. | |

WHEREAS, on May 19, 2006, the parties filed their stipulation extending the time for Defendants Richemont North America, Inc. and Cartier International to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint to and including June 7, 2006 pursuant to Civil L.R. 6-1 (the "Interim Stipulation");

WHEREAS, the parties have agreed to continue negotiations as to the possibility of dismissing Defendant Cartier International from the action; and

WHEREAS, the undersigned have agreed, subject to the approval of the Court, to set the deadline for responding to Plaintiffs' First Amended Complaint for June 28, 2006, in order to continue negotiations, and to avoid potentially unnecessary motion practice.

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil. L.R. 7-12, that:

1.    Defendants Cartier, Inc. and Cartier International, Inc. shall answer or otherwise respond to Plaintiffs' First Amended Complaint on or before June 28, 2006; and

2.    The Interim Stipulation is hereby superseded.

1    DATED this <u>5th</u> day of June, 2006.

2

3                 Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)

4                 Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS

5                 1345 Avenue of the Americas
New York, New York 10105

6

7                 Jerome B. Falk, Jr. (State Bar No. 39087)
Dirk M. Schenkkan (State Bar No. 72533)

8                 HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN,
A Professional Corporation

9                 Three Embarcadero Center
Seventh Floor

10                San Francisco, California 94111-4024

11                 /s/
By_____

12                *Counsel for Defendants Richemont North America, Inc.*

13                 *and Cartier International*

1  DATED this __5th__ day of June, 2006.

2

3           Bruce L. Simon (State Bar No. 96241)
            Esther L. Klisura (State Bar No. 221171)
4           COTCHETT, PITRE, SIMON & McCARTHY
            840 Malcolm Road, Suite 200
5           Burlingame, CA 94010

6           Geoffrey Spellberg (State Bar No. 121079)
7           MEYERS, NAVE, RIBACK, SILVER & WILSON
            50 California Street, Suite 3050
8           San Francisco, CA 94111

9

10          By_____/s/_____

11              *Counsel for Plaintiffs*

12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED:

15  DATED:    June 6, 2006

16                                    Magistrate

            IT IS SO ORDERED
            Judge Edward M. Chen
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

17

18

19

20

21

22

23

24

25

26

27

28