1 | Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)
2 | Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS
3 | 1345 Avenue of the Americas
New York, New York 10105
4 | Phone:  (212) 903-9000
Fax:  (212) 903-9100
5 | amanda.gallagher@linklaters.com
thomas.mcgrath@linklaters.com
6 | brenda.diluigi@linklaters.com

7 | Jerome B. Falk, Jr. (State Bar No. 39087)
Dirk M. Schenkkan (State Bar No. 72533)
8 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN,
A Professional Corporation
9 | Three Embarcadero Center
Seventh Floor
10 | San Francisco, California 94111-4024
Phone: (415) 434-1600
11 | Fax: (415) 217-5910
jfalk@howardrice.com
12 | dschenkkan@howardrice.com

13 | Attorneys for Defendants Richemont North America, Inc.
and Cartier International

14 |

15 | **UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16 | **SAN FRANCISCO DIVISION**

17 |
ANDRÉ FLEURY, d/b/a SWISS WATCH     )
18 | CO., et al.,                                              )
                                                                )  Case No.  C-05-4525 EMC
19 |                                Plaintiffs,             )
                                                                )  **CLASS ACTION**
20 |                     v.                                  )
                                                                )  **SECOND AMENDED STIPULATION**
21 |                                                           )  **AND ORDER EXTENDING TIME TO**
CARTIER INTERNATIONAL, a French   )  **RESPOND TO PLAINTIFFS' FIRST**
22 | company, and RICHEMONT NORTH      )  **AMENDED CLASS ACTION**
AMERICA, INC., a Delaware Corporation )  **COMPLAINT**
23 | and successor to Cartier, Inc.             )
                                                                )
24 |                              Defendants.            )
                                                                )
25 | _____ )

26 |

27 |

28 |

1    WHEREAS, on May 19, 2006, the parties filed their stipulation extending the time

2    for Defendants Richemont North America, Inc. and Cartier International to answer or otherwise

3    respond to Plaintiffs' First Amended Class Action Complaint to and including June 7, 2006

4    pursuant to Civil L.R. 6-1, and filed an amended stipulation on June 5, 2006 to extend time

5

6    pending negotiations until June 28, 2006 (the "Interim Stipulations");

7    WHEREAS, the parties have agreed to continue negotiations as to the possibility of

8    dismissing Defendant Cartier International from the action; and

9

10    WHEREAS, the undersigned have agreed, subject to the approval of the Court, to

11    set the deadline for responding to Plaintiffs' First Amended Complaint for July 12, 2006, in order

12    to continue negotiations, and to avoid potentially unnecessary motion practice.

13    NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-12,

14    that:

15    1.    Defendants Richemont North America, Inc. and Cartier International shall

16    answer or otherwise respond to Plaintiffs' First Amended Complaint on or before July 12, 2006;

17

18    and

19    2.    The Interim Stipulations are hereby superseded.

20

21

22

23

24

25

26

27

28

1 | DATED this 23rd day of June, 2006.

2

3 | Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)

4 | Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS

5 | 1345 Avenue of the Americas
New York, New York 10105

6 | Jerome B. Falk, Jr. (State Bar No. 39087)

7 | Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN,

8 | A Professional Corporation
Three Embarcadero Center

9 | Seventh Floor
San Francisco, California 94111-4024

10

11 | By

12 | *Counsel for Defendants Richemont North America, Inc.*
    *and Cartier International*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  DATED this **23** day of June, 2006.

2

3               Bruce L. Simon (State Bar No. 96241)
                Esther L. Klisura (State Bar No. 221171)
4               COTCHETT, PITRE, SIMON & McCARTHY
                840 Malcolm Road, Suite 200
5               Burlingame, CA 94010

6
                Geoffrey Spellberg (State Bar No. 121079)
7               MEYERS, NAVE, RIBACK, SILVER & WILSON
                50 California Street, Suite 3050
8               San Francisco, CA 94111

9

10      By_____*Esther Klisura*_____

11              *Counsel for Plaintiffs*

12

13
    PURSUANT TO STIPULATION, IT IS SO ORDERED:
14

15  DATED: 6/27/06
                            _____
16                          Magistrate Judge Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28