BRUCE L. SIMON (#96241)
ESTHER L. KLISURA (#221171)
**COTCHETT, PITRE, SIMON & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
bsimon@cpsmlaw.com

GEOFFREY SPELLBERG (#121079)
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
50 California Street, Suite 3050
San Francisco, California 94111
Tel: (415) 837-0456
Fax: (415) 398-2625
gspellberg@meyersnave.com

*Counsel for Plaintiffs and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all others similarly situated, and LIZ HART, an individual consumer, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHEMONT NORTH AMERICA, INC., an American company,<br><br>Defendant. | Case No: C-05-4525 EMC<br><br>**STIPULATION RE MOTION FOR CLASS CERTIFICATION DEADLINES; [PROPOSED] ORDER**<br>AMENDED |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order**
Case No. 05-4525 EMC

1     WHEREAS, the Court previously set a hearing date and briefing schedule for plaintiffs'
2 motion for class certification,
3     WHEREAS, plaintiffs took the depositions of Richemont North America, Inc.'s persons
4 most knowledgeable on October 11 and 12, 2006 in New York,
5     WHEREAS, plaintiffs wish to conduct additional discovery prior to filing a motion for
6 class certification,
7     WHEREAS, Richemont North America, Inc. has not completed its production of
8 documents responsive to plaintiffs' discovery requests, which is expected to total several
9 hundreds of thousands of pages,
10     WHEREAS, plaintiffs wish to complete their review of Richemont North America, Inc.'s
11 document production prior to filing a motion for class certification,
12     WHEREAS, the current class certification briefing schedule does not allow time for
13 plaintiffs to complete the review of Richemont North America, Inc.'s documents or propound
14 further discovery,
15     WHEREAS, counsel for the plaintiffs and defendant have met and conferred about these
16 issues,
17     It is hereby stipulated and ORDERED as follows:

1. The last day for plaintiffs to file their expert report on class certification shall be continued to **January 12, 2007**;
2. The last day for defendant to file its expert report on class certification shall be continued to **February 2, 2007**;
3. The last day for plaintiffs to file their motion for class certification shall be continued to **February 9, 2007**;
4. The last day for defendant to file its opposition to the motion for class certification shall be continued to **March 12, 2007**;
5. The last day for plaintiffs to file their motion for class certification reply shall be continued to **April 2, 2007**; and

///



LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order**
Case No. 05-4525 EMC

1

                                                                                                  /and Status Conference

6.     The hearing on the motion for class certification shall be continued to ~~April 20, 2007~~. from 12/13/06 at 10:30 a.m. to 4/18/07 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: November 1, 2006

*[signature: Esther Klisura]*

Bruce L. Simon (#96241)
Esther L. Klisura (#221171)
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010

Geoffrey Spellberg (#121079)
MEYERS, NAVE, RIBACK, SILVER & WILSON
50 California Street, Suite 3050
San Francisco, California 94111

*Attorneys for Plaintiffs and the Proposed Class*

Dated: November 1, 2006

*[signature]*

Amanda J. Gallagher (*Pro hac vice*)
Thomas A. McGrath (*Pro hac vice*)
LINLATERS
1345 Avenue of the Americas
New York, New York 10105

Dirk M. Schenkkan (#72533)
Jerome B. Falk, Jr. (#39087)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024

*Attorneys for Defendant Richemont North America, Inc.*

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order
Case No. 05-4525 EMC

2

# [PROPOSED] ORDER

Good cause appearing, the above stipulation of the parties regarding motion for class certification deadlines is hereby adopted by the Court.

SO ORDERED.

Dated: November 3, 2006



IT IS SO ORDERED

Judge Edward M. Chen

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order
Case No. 05-4525 EMC

3