Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)
Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105
Phone: (212) 903-9000
Fax: (212) 903-9100
amanda.gallagher@linklaters.com
thomas.mcgrath@linklaters.com
brenda.diluigi@linklaters.com

Jerome B. Falk, Jr. (State Bar No. 39087)
Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4024
Phone: (415) 434-1600
Fax: (415) 217-5910
jfalk@howardrice.com
dschenkkan@howardrice.com

Attorneys for Defendant Richemont North America, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all others similarly situated, and LIZ HART, an individual consumer, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RICHEMONT NORTH AMERICA, INC., a Delaware Corporation and Successor to Cartier, Inc.<br><br>Defendant. | Case No: C-05-4525 EMC<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1  Having considered Plaintiffs' Administrative Motion to Seal Document Pursuant
2  to Civil Local Rules 7-11 and 79-5(d), which seeks administrative relief to file the Expert Report
3  of Roger G. Noll under seal (the "Motion"), and the Declaration of Amanda J. Gallagher
4  submitted on behalf of Defendant Richemont North America, Inc. in support of the Motion, and
5  finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5(d), Plaintiffs' Motion is GRANTED and the Expert Report of Roger G. Noll shall be filed under seal.

Dated: JAN. 23, 2006

_____
Hon. Edward M. Chen
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. C-05-4525 EMC                    2

## PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On January 22, 2007, I served the following document(s) described as **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

Bruce L. Simon
Esther L. Klisura
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Geoffrey Spellberg
Meyers, Nave, Riback, Silver & Wilson
50 California Street, Suite 3050
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on January 22, 2007.

_____
Susan Garvey