1  BRUCE L. SIMON (#96241)
   ESTHER L. KLISURA (#221171)
2  **LAW OFFICES OF BRUCE L. SIMON**
   44 Montgomery Street, Suite 1200
3  San Francisco, CA 94104-4610
   Tel: (415) 433-9000
4  Fax: (415) 433-9008
   brucelsimon@comcast.net
5
   GEOFFREY SPELLBERG (#121079)
6  **MEYERS, NAVE, RIBACK, SILVER & WILSON**
   50 California Street, Suite 3050
7  San Francisco, California 94111
   Tel: (415) 837-0456
8  Fax: (415) 398-2625
   gspellberg@meyersnave.com
9
   *Counsel for Plaintiffs and the Proposed Class*
10

11

12              **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14
   ANDRÉ FLEURY, d/b/a SWISS WATCH CO.,  )   Case No: C-05-4525 EMC
15 on behalf of himself and all others similarly  )
   situated, and LIZ HART, an individual consumer, )  **STIPULATION RE MOTION FOR**
16 on behalf of herself and all others similarly  )  **CLASS CERTIFICATION**
   situated,                                    )  **DEADLINES; [PROPOSED] ORDER**
17                                              )
                        Plaintiffs,             )
18                                              )
          vs.                                   )
19                                              )
   RICHEMONT NORTH AMERICA, INC., an           )
20 American company,                            )
                                                )
21                                              )
                        Defendant.              )
22                                              )
   ─────────────────────────────────────────────)
23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order
Case No. 05-4525 EMC

1    WHEREAS, the trial in this matter is set for November 5, 2007;

2    WHEREAS, the Court previously set a hearing date and briefing schedule for plaintiffs'

3    motion for class certification,

4    WHEREAS, plaintiffs have filed the Expert Report of Roger G. Noll regarding class

5    certification;

6    WHEREAS, the parties have engaged in preliminary settlement discussions,

7    WHEREAS, plaintiffs have substituted a new law firm into the case;

8    WHEREAS, additional time will allow the new law firm to transition files and will

9    facilitate further settlement discussions;

10    WHEREAS, counsel for the plaintiffs and defendant have met and conferred about these

11    issues,

12    It is hereby stipulated and ORDERED as follows:

13    1.    The last day for defendant to file its expert report on class certification shall be

14    continued four weeks to **March 2, 2007**;

15    2.    The last day for plaintiffs to file their motion for class certification shall be

16    continued four weeks to **March 9, 2007**;

17    3.    The last day for defendant to file its opposition to the motion for class certification

18    shall be continued four weeks to **April 9, 2007**;

19    4.    The last day for plaintiffs to file their motion for class certification reply shall be

20    continued four weeks to **April 30, 2007**; and

21    5.    The hearing on the motion for class certification shall be continued four weeks to

22    **May 16, 2007**. at 3:00 p.m.

23    IT IS SO STIPULATED.

24

25    Dated: January 31, 2007

Bruce L. Simon (#96241)
26    Esther L. Klisura (#221171)
LAW OFFICES OF BRUCE L. SIMON
27    44 Montgomery Street, Suite 1200
San Francisco, CA 94104-4610

28    / / /

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order
Case No. 05-4525 EMC

1

1

2

3

4

5

6    Dated: January 31, 2007

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Geoffrey Spellberg (#121079)
MEYERS, NAVE, RIBACK, SILVER & WILSON
50 California Street, Suite 3050
San Francisco, California 94111

*Attorneys for Plaintiffs and the Proposed Class*

Amanda J. Gallagher (*Pro hac vice*)
Thomas A. McGrath (*Pro hac vice*)
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105

Dirk M. Schenkkan (#72533)
Jerome B. Falk, Jr. (#39087)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024

*Attorneys for Defendant Richemont North America,
Inc.*

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order
Case No. 05-4525 EMC

2

1

**[PROPOSED] ORDER**

2      Good cause appearing, the above stipulation of the parties regarding motion for class

3 certification deadlines is hereby adopted by the Court.

4      SO ORDERED.

5

6 Dated:_____ February 1, 2007

7                                                         Honor
                                                        United

8

9



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**Stipulation Re Motion For Class Certification Deadlines; [Proposed] Order**
Case No. 05-4525 EMC                                                             3