Amanda J. Gallagher *(pro hac vice)*
Thomas A McGrath *(pro hac vice)*
Brenda D. DiLuigi *(pro hac vice)*
LINKLATERS
1345 Avenue of the Americas
New York, NY 10105
Tel: (212) 903 9000
Fax: (212) 903 9100
amanda.gallagher@linklaters.com
thomas.mcgrath@linklaters.com
brenda.diluigi@linklaters.com

Jerome B. Falk, Jr. (State Bar No. 39087)
Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANDAY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4024
Phone: (415) 434-1600
Fax: (415) 217-5910
jfalk@howardrice.com
dschenkkan@howardrice.com

Attorneys for Defendant Richemont North America, Inc.

Case 3:05-cv-04525-EMC   Document 86   Filed 03/02/2007   Page 1 of 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all others similarly situated, and LIZ HART, an individual consumer, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RICHEMONT NORTH AMERICA, INC., a Delaware Corporation and Successor to Cartier, Inc., <br><br> Defendant. | Case No: C-05-4525 EMC <br><br> **CLASS ACTION** <br><br> **STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION;** [~~PROPOSED~~] **ORDER** |

1   WHEREAS, the trial in this matter is set for November 5, 2007;

2   WHEREAS, the Court previously set a hearing date and briefing schedule for

3   Plaintiffs' motion for class certification;

4   WHEREAS, the parties have engaged in preliminary settlement discussions;

5   WHEREAS, the Defendant was prepared to file the Expert Report of Dr. Sumanth

6   Addanki with this Court on March 2, 2007;

Case 3:05-cv-04525-EMC   Document 86   Filed 03/02/2007   Page 2 of 4

7   WHEREAS, the Plaintiffs sent a settlement proposal to the Defendant on the

8   afternoon of March 2, 2007;

9   WHEREAS, additional time will allow the Defendant to fully consider the

10  Plaintiffs' settlement proposal and will facilitate further settlement discussions;

11  WHEREAS, counsel for the Plaintiffs and the Defendant have met and conferred

12  about these issues,

13  It is hereby stipulated and ORDERED as follows;

14  1.  The last day for the Defendant to file its expert report on class certification

15      shall be continued one week to **March 9, 2007**;

16  2.  The last day for the Plaintiffs to file their motion for class certification

17      shall be continued one week to **March 16, 2007**;

18  3.  The last day for the Defendant to file its opposition to the motion for class

19      certification shall be continued one week to **April 16, 2007**;

20  4.  The last day for the Plaintiffs to file their motion for class certification

21      reply shall be continued one week to **May 7, 2007**; and

22  5.  The hearing on the motion for class certification shall be continued one

23      week to **May 23, 2007**. at 3:00 p.m.

24  IT IS SO STIPULATED.

25

26

27

28

STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
CASE NO: C-05-4525 EMC

2

DATED: March 2, 2007

By: _____
Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)
Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105

Case 3:05-cv-04525-EMC   Document 86   Filed 03/02/2007   Page 3 of 4

Dirk M. Schenkkan (State Bar No. 72533)
Jerome B. Falk, Jr. (State Bar No. 39087)
HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN,
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4024

Attorneys for Defendant
Richemont North America, Inc.

DATED: March 2, 2007

By: _____
Bruce L. Simon (#96241)
Esther L. Klisura (#221171)
PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104

Geoffrey Spellberg (#72533)
MEYERS, NAVE, RIBACK,
SILVER & WILSON
50 California Street, Suite 3050
San Francisco, California 94111

Attorneys for Plaintiffs and the
Proposed Class

# [PROPOSED] ORDER

Good cause appearing, the above stipulation of the parties regarding the motion for class certification deadlines is hereby adopted by the Court.

SO ORDERED.

Case 3:05-cv-04525-EMC   Document 86   Filed 03/02/2007   Page 4 of 4

DATED: __3/6/07_____

_____
Honorable
United States

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen