1  Amanda J. Gallagher *(pro hac vice)*
   Thomas A McGrath *(pro hac vice)*
2  Brenda D. DiLuigi *(pro hac vice)*
   LINKLATERS
3  1345 Avenue of the Americas
   New York, NY 10105
4  Tel: (212) 903 9000
   Fax: (212) 903 9100
5  amanda.gallagher@linklaters.com
   thomas.mcgrath@linklaters.com
6  brenda.diluigi@linklaters.com

7  Jerome B. Falk, Jr. (State Bar No. 39087)
   Dirk M. Schenkkan (State Bar No.72533)
8  HOWARD RICE NEMEROVSKI CANDAY FALK & RABKIN
   A Professional Corporation
9  Three Embarcadero Center
   Seventh Floor
10 San Francisco, California 94111-4024
   Phone: (415) 434-1600
11 Fax: (415) 217-5910
   jfalk@howardrice.com
12 dschenkkan@howardrice.com

13
   Attorneys for Defendant Richemont North America, Inc.
14
15            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                     SAN FRANCISCO DIVISION

17 --------------------------------------------x
18 ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on
   behalf of himself and all others similarly situated,
   and LIZ HART, an individual consumer, on behalf      Case No: C-05-4525 EMC
19 of herself and all others similarly situated,
20                           Plaintiffs,              CLASS ACTION
21                    v.                              STIPULATION REGARDING
22                                                   MOTION FOR CLASS
   RICHEMONT NORTH AMERICA, INC., a                 CERTIFICATION; [PROPOSED]
23 Delaware Corporation and Successor to Cartier, Inc.,  ORDER
24                           Defendant.
25 --------------------------------------------x
26
27
28

1    WHEREAS, the trial in this matter is set for November 5, 2007;

2    WHEREAS, the Court previously set a hearing date and briefing schedule for

3    Plaintiffs' motion for class certification;

4    WHEREAS, the parties have been engaged in settlement discussions since

5    January 2007;

6    WHEREAS, the Defendant sent a settlement proposal to the Plaintiffs on January

7    25, 2007;

8    WHEREAS, the Plaintiffs sent a counter-proposal to the Defendant on the

9    afternoon of March 2, 2007;

10   WHEREAS, the Defendant needs additional time to respond to Plaintiffs'

11   counter-proposal;

12   WHEREAS, additional time will allow the Defendant to fully consider the

13   Plaintiffs' settlement proposal and will facilitate the possibility of reaching a constructive

14   resolution of this matter;

15   WHEREAS, the Defendant was prepared to file the Expert Report of Dr. Sumanth

16   Addanki with this Court on March 2, 2007;

17   WHEREAS, the parties agree that filing the Defendant's Expert Report will not

18   advance the prospects of settlement;

19   WHEREAS, counsel for the Plaintiffs and the Defendant have met and conferred

20   about these issues,

21   It is hereby stipulated and ORDERED as follows;

22   1.   The last day for the Defendant to file its expert report on class certification

23        shall be continued four weeks to **April 6, 2007;**

24   2.   The last day for the Plaintiffs to file their motion for class certification

25        shall be continued four weeks to **April 13, 2007;**

26   3.   The last day for the Defendant to file its opposition to the motion for class

27        certification shall be continued four weeks to **May 14, 2007;**

28

STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
CASE NO: C-05-4525 EMC

2

4.    The last day for the Plaintiffs to file their motion for class certification reply shall be continued four weeks to **May 29, 2007**; and

5.    The hearing on the motion for class certification shall be continued four weeks to ~~June 20, 2007~~, or some other date selected by the Court.

June 27, 2007 at 3:00 p.m.

IT IS SO STIPULATED.

DATED: March 9, 2007

By: _____

Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)
Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105

Dirk M. Schenkkan (State Bar No. 72533)
Jerome B. Falk, Jr. (State Bar No. 39087)
HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN,
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4024

Attorneys for Defendant
Richemont North America, Inc.

DATED: March 9, 2007

By: _____

Bruce L. Simon (#96241)
Esther L. Klisura (#221171)
PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104

Geoffrey Spellberg (#72533)
MEYERS, NAVE, RIBACK,
SILVER & WILSON
50 California Street, Suite 3050
San Francisco, California 94111

Attorneys for Plaintiffs and the
Proposed Class

# [PROPOSED] ORDER

Good cause appearing, the above stipulation of the parties regarding the motion for class certification deadlines is hereby adopted by the Court.

SO ORDERED.

DATED: _____ March 14, 2007

Honora
United S

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen