1  Amanda J. Gallagher *(pro hac vice)*
   Thomas A McGrath *(pro hac vice)*
2  Brenda D. DiLuigi *(pro hac vice)*
   LINKLATERS
3  1345 Avenue of the Americas
   New York, NY 10105
4  Tel: (212) 903 9000
   Fax: (212) 903 9100
5  amanda.gallagher@linklaters.com
   thomas.mcgrath@linklaters.com
6  brenda.diluigi@linklaters.com

7  Jerome B. Falk, Jr. (State Bar No. 39087)
   Dirk M. Schenkkan (State Bar No.72533)
8  HOWARD RICE NEMEROVSKI CANDAY FALK & RABKIN
   A Professional Corporation
9  Three Embarcadero Center
   Seventh Floor
10 San Francisco, California 94111-4024
   Phone: (415) 434-1600
11 Fax: (415) 217-5910
   jfalk@howardrice.com
12 dschenkkan@howardrice.com

13
   Attorneys for Defendant Richemont North America, Inc.
14

15            **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN FRANCISCO DIVISION**

17 ----------------------------------------------------x

18 ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on
   behalf of himself and all others similarly situated,
   and LIZ HART, an individual consumer, on behalf
19 of herself and all others similarly situated,          Case No: C-05-4525 EMC

20                          Plaintiffs,

21                  v.                                     **CLASS ACTION**

22 RICHEMONT NORTH AMERICA, INC., a                        **STIPULATION REGARDING**
   Delaware Corporation and Successor to Cartier, Inc.,    **MOTION FOR CLASS**
23                                                         **CERTIFICATION; [PROPOSED]**
                           Defendant.                      **ORDER**
24

25 ----------------------------------------------------x

26

27

28

STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
CASE NO: C-05-4525 EMC

1    WHEREAS, the trial in this matter is set for November 5, 2007;

2    WHEREAS, the Court previously set a hearing date and briefing schedule for

3   Plaintiffs' motion for class certification;

4    WHEREAS, Plaintiffs' counsel met with Defendant's counsel and a

5   representative from Richemont North America, Inc. in New York to discuss the possibility of

6   settlement;

7    WHEREAS, following their meeting in New York, the Plaintiffs and Defendant

8   have exchanged a series of settlement proposals and counter-proposals and have engaged in

9   substantive settlement discussions;

10    WHEREAS, the parties are still engaged in substantive settlement discussions and

11   believe that they are making progress;

12    WHEREAS, the parties need additional time to continue their discussions and to

13   attempt to reach a resolution;

14    WHEREAS, additional time will facilitate the possibility of reaching a

15   constructive resolution of this matter;

16    WHEREAS, the Defendant was prepared to file the Expert Report of Dr. Sumanth

17   Addanki with this Court on April 6, 2007;

18    WHEREAS, the parties agree that filing the Defendant's Expert Report will not

19   advance the prospects of settlement;

20    WHEREAS, counsel for the Plaintiffs and the Defendant have met and conferred

21   about these issues,

22    It is hereby stipulated and ORDERED as follows;

23    1.    The last day for the Defendant to file its expert report on class certification

24        shall be continued to **June 8, 2007**;

25    2.    The last day for the Plaintiffs to file their motion for class certification

26        shall be continued to **June 15, 2007**;

27    3.    The last day for the Defendant to file its opposition to the motion for class

28        certification shall be continued to **July 16, 2007**;

4.   The last day for the Plaintiffs to file their motion for class certification reply shall be continued to **July 30, 2007**; and

5.   The hearing on the motion for class certification shall be continued to **August 29, 2007**, or some other date selected by the Court.

IT IS SO STIPULATED.

DATED: April 5, 2007

By: _____
Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath (*pro hac vice*)
Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105

Dirk M. Schenkkan (State Bar No. 72533)
Jerome B. Falk, Jr. (State Bar No. 39087)
HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN,
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4024

Attorneys for Defendant
Richemont North America, Inc.

DATED: April 5, 2007

By: _____
Bruce L. Simon (#96241)
Esther L. Klisura (#221171)
PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104

Geoffrey Spellberg (#72533)
MEYERS, NAVE, RIBACK,
SILVER & WILSON
50 California Street, Suite 3050
San Francisco, California 94111

Attorneys for Plaintiffs and the
Proposed Class

**[PROPOSED] ORDER**

Good cause appearing, the above stipulation of the parties regarding the motion for class certification deadlines is hereby adopted by the Court.

SO ORDERED.

DATED: _____

_____
Honorable Edward M. Chen
United States Magistrate Judge