1  Amanda J. Gallagher *(pro hac vice)*
   Thomas A McGrath *(pro hac vice)*
2  Brenda D. DiLuigi *(pro hac vice)*
   LINKLATERS
3  1345 Avenue of the Americas
   New York, NY 10105
4  Tel: (212) 903 9000
   Fax: (212) 903 9100
5  amanda.gallagher@linklaters.com
   thomas.mcgrath@linklaters.com
6  brenda.diluigi@linklaters.com

7  Jerome B. Falk, Jr. (State Bar No. 39087)
   Dirk M. Schenkkan (State Bar No.72533)
8  HOWARD RICE NEMEROVSKI CANDAY FALK & RABKIN
   A Professional Corporation
9  Three Embarcadero Center
   Seventh Floor
10 San Francisco, California 94111-4024
   Phone: (415) 434-1600
11 Fax: (415) 217-5910
   jfalk@howardrice.com
12 dschenkkan@howardrice.com

13
   Attorneys for Defendant Richemont North America, Inc.
14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all others similarly situated, and LIZ HART, an individual consumer, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RICHEMONT NORTH AMERICA, INC., a Delaware Corporation and Successor to Cartier, Inc.,<br><br>Defendant. | Case No: C-05-4525 EMC<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER** |

STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
CASE NO: C-05-4525 EMC

1     WHEREAS, the trial in this matter is set for November 5, 2007;

2     WHEREAS, the Court previously set a hearing date and briefing schedule for
3 Plaintiffs' motion for class certification;

4     WHEREAS, Plaintiffs' counsel met with Defendant's counsel and a
5 representative from Richemont North America, Inc. in New York to discuss the possibility of
6 settlement;

7     WHEREAS, following their meeting in New York, the Plaintiffs and Defendant
8 have exchanged a series of settlement proposals and counter-proposals and have engaged in
9 substantive settlement discussions;

10     WHEREAS, the parties are still engaged in substantive settlement discussions and
11 believe that they are making progress;

12     WHEREAS, the parties need additional time to continue their discussions and to
13 attempt to reach a resolution;

14     WHEREAS, additional time will facilitate the possibility of reaching a
15 constructive resolution of this matter;

16     WHEREAS, the Defendant was prepared to file the Expert Report of Dr. Sumanth
17 Addanki with this Court on April 6, 2007;

18     WHEREAS, the parties agree that filing the Defendant's Expert Report will not
19 advance the prospects of settlement;

20     WHEREAS, counsel for the Plaintiffs and the Defendant have met and conferred
21 about these issues,

22     It is hereby stipulated and ORDERED as follows;

23   1.  The last day for the Defendant to file its expert report on class certification
24     shall be continued to **June 8, 2007**; [handwritten: June 22, 2007]

25   2.  The last day for the Plaintiffs to file their motion for class certification
26     shall be continued to **June 15, 2007**; [handwritten: June 29, 2007]

27   3.  The last day for the Defendant to file its opposition to the motion for class
28     certification shall be continued to ~~July 16, 2007~~; [handwritten: July 30, 2007]

1  4.  The last day for the Plaintiffs to file their motion for class certification
2      reply shall be continued to ~~July 30, 2007~~ Aug 13, 2007, and + Further Status Conference
3  5.  The hearing on the motion for class certification shall be continued to Sept 12, 2007 @ 10:30 A.M.
4      ~~August 29, 2007~~, or some other date selected by the Court.

5  IT IS SO STIPULATED.

6  DATED: April 5, 2007

7                                          By: _____
8                                          Amanda J. Gallagher (pro hac vice)
                                            Thomas A. McGrath (pro hac vice)
9                                          Brenda D. DiLuigi (pro hac vice)
                                            LINKLATERS
10                                          1345 Avenue of the Americas
                                            New York, New York 10105
11
                                            Dirk M. Schenkkan (State Bar No. 72533)
12                                          Jerome B. Falk, Jr. (State Bar No. 39087)
                                            HOWARD RICE NEMEROVSKI
13                                          CANADY FALK & RABKIN,
                                            A Professional Corporation
14                                          Three Embarcadero Center
                                            Seventh Floor
15                                          San Francisco, California 94111-4024

16
                                            Attorneys for Defendant
17                                          Richemont North America, Inc.

18
   DATED: April 5, 2007
19

20                                          By: _____
                                            Bruce L. Simon (#96241)
21                                          Esther L. Klisura (#221171)
                                            PEARSON, SIMON, SOTER,
22                                          WARSHAW & PENNY, LLP
                                            44 Montgomery Street, Suite 1200
23                                          San Francisco, California 94104

24                                          Geoffrey Spellberg (#72533)
                                            MEYERS, NAVE, RIBACK,
25                                          SILVER & WILSON
                                            50 California Street, Suite 3050
26                                          San Francisco, California 94111

27                                          Attorneys for Plaintiffs and the
                                            Proposed Class
28

STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
CASE NO: C-05-4525 EMC

3

[PROPOSED] ORDER

Good cause appearing, the above stipulation of the parties regarding the motion for class certification deadlines is hereby adopted by the Court.

SO ORDERED.

DATED: April 6, 2007

_____
Honorable Edward M. Chen
United States Magistrate Judge