**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARTIER INTERNATIONAL, a French company, and CARTIER, INC., an American company, <br><br> Defendants. <br> _____/ | No. C-05-4525 EMC <br><br><br> **ORDER SEALING ATTACHMENTS** |

The two (2) attachments accompanying this Order shall be filed under seal in the above-captioned case.

IT IS SO ORDERED.

Dated: June 27, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge