UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRÉ FLEURY, d/b/a SWISS WATCH CO., *et al.*,

        Plaintiffs,

    v.

CARTIER INTERNATIONAL, a French company, and CARTIER, INC., an American company,

        Defendants.
_____/

No. C-05-4525 EMC

**ORDER SEALING ATTACHMENTS**

    The two (2) attachments (dated June 27, 2007 and June 28, 2007) accompanying this Order shall be filed under seal in the above-captioned case.

    IT IS SO ORDERED.

Dated: June 28, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge