United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>CARTIER INTERNATIONAL, a French company, and CARTIER, INC., an American company,<br><br>            Defendants.<br>_____/ | No. C-05-4525 EMC<br><br><br>**ORDER SEALING ATTACHMENT** |

The attachments (dated July 10, 2007) accompanying this Order shall be filed under seal in the above-captioned case.

IT IS SO ORDERED.

Dated: July 13, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge