**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

| | |
|---|---|
| **Date:** August 6, 2007 | |
| **Case No:** C05-4525EMC | **FTR Time:** 2:05-3:07 p.m. |
| | **Court Reporter:** Belle Ball |

**Case Name:** Andre Fleury v. Cartier International, et al.

**Attorneys:** Bruce Simon, Geoffrey Spellberg, and Clifford Pearson for Plaintiff
Andre Fleury, Plaintiff
Amanda Gallagher and Brenda DiLuigi for Defendant
  Richemont North America

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

- Status Conference


**ORDERED AFTER HEARING:**

(1)   Plaintiff's and Defendant's counsel shall submit draft disclaimer to the Court and Mr. Fleury by 8/9/07.  Mr. Fleury's comments shall provide any comments on the draft disclaimer to the Court by 8/13/07.  Court will then issue order.  Mr. Fleury is ordered not to communicate to other potential class members between now and before the issuance of the order.

(2) Mr. Fleury shall advise Judge Spero if he will sign stipulation by 8/9/07.  Otherwise, Plaintiff's counsel shall file motion to withdraw and to substitute class representative by 8/10/07.  Mr. Fleury's opposition shall be filed by 8/17/07.  Plaintiff counsel's reply is due 8/20/07. All briefing shall be filed under seal, pending review by the Court.  Sealed hearing on motion to withdraw and to substitute class representative is set for 8/22/07 at 3:00 p.m.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

cc: EMC / Andre Fleury

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth St.
San Rafael, CA 94901

Dated:  August 6, 2007

RICHARD W. WIEKING,
CLERK

By: _____
Betty Fong
Deputy Clerk