UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all other similarly situated watchmakers, and LIZ HART, an individual, on behalf of herself and all other similarly situation consumers,<br><br>Plaintiffs,<br><br>v.<br><br>RICHEMONT NORTH AMERICA, INC., a Delaware corporation and successor to Cartier, Inc.,<br><br>Defendant. | Case No.:  C-05-04525 EMC<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Edward N. Moss, an active member in good standing of the bar of the New York State Court of Appeals whose business address and telephone number is Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, (212) 450-4963, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Richemont North America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:   August 7, 2007



United S
Hon. Ed
IT IS SO ORDERED
Judge Edward M. Chen