Bruce L. Simon (Bar No. 96241)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Geoffrey Spellberg (Bar No. 121079)
  gspellberg@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 837-0456
Facsimile: (415) 398-2625

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all other similarly situated watchmakers, and LIZ HART, on behalf of herself and all others similarly situated consumers,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RICHEMONT NORTH AMERICA, INC., a Delaware corporation and successor to Cartier, Inc.,<br><br>    Defendant. | Case No. C05-4525 EMC<br><br>**MANUAL FILING NOTIFICATION RE MOTION TO WITHDRAW** |

771327.1                                                                 Case No. C05-4525 EMC
MANUAL FILING NOTIFICATION RE MOTION TO WITHDRAW

Regarding: (1) Motion by Pearson, Simon, Soter, Warshaw & Penny, LLP and Meyers, Nave, Riback, Silver & Wilson to Withdraw as Counsel for Plaintiff André Fleury; and

(2) Declaration of Bruce L. Simon in Support of Motion by Pearson, Simon, Soter, Warshaw & Penny, LLP and Meyers, Nave, Riback, Silver & Wilson to Withdraw as Counsel for Plaintiff André Fleury; and

These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not efiled for the following reason(s): FILED UNDER SEAL.

DATED: August 10, 2007

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By: _____
BRUCE L. SIMON

*Attorneys for Plaintiffs and the Proposed Class*