Bruce L. Simon (Bar No. 96241)
   bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
   eklisura@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Geoffrey Spellberg (Bar No. 121079)
   gspellberg@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 837-0456
Facsimile: (415) 398-2625

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all other similarly situated watchmakers, and LIZ HART, on behalf of herself and all others similarly situated consumers,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RICHEMONT NORTH AMERICA, INC., a Delaware corporation and successor to Cartier, Inc.,<br><br>    Defendant. | Case No. C05-4525 EMC<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b) |

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

## [PROPOSED] ORDER

Having carefully considered the Administrative Motion by Pearson, Simon, Soter, Warshaw & Penny, LLP and Meyers, Nave, Riback, Silver & Wilson to File Documents Under Seal pursuant to Civil Local Rules 7-11 and 79-5(b), and good cause appearing, the Court hereby GRANTS the motion. The following documents shall be filed under seal:

(1) Motion by Pearson, Simon, Soter, Warshaw & Penny, LLP and Meyers, Nave, Riback, Silver & Wilson to their Motion to Withdraw as Counsel for Plaintiff André Fleury; and

(2) Declaration of Bruce L. Simon in Support of Motion by Pearson, Simon, Soter, Warshaw & Penny, LLP and Meyers, Nave, Riback, Silver & Wilson to Withdraw as Counsel for Plaintiff André Fleury.

SO ORDERED.

Dated: August 14, 2007

_____
Honorable Edward M. Chen
United States Magistrate Judge