

# Andre Fleury
## swiss watch co.



E-filing

Honorable Judge Chen
Case No. C05-4525 EMC

Ref. Motion scheduled for the 08.22. 2007

Your Honor,

Friday I received 61 pages of documents from Mr. Simon.

This wiii not give me enough time to prepare myself properly for the scheduled court date.

I am therefore earnestly requesting an alternate court date which will give me the time to search for proper representation or be ready on my own, a month would be greatly appreciated.

I thank you for understanding.

Best regards,

*[signature: Andre Fleury]*

cc : Mr. Simon, Mr. Spellberg

**DENIED**

EDWARD M. CHEN
United States Magistrate Judge

8/14/07
Date

---

523 4th street. San Rafael, CA 94901
Ph : **415 459 7755**   Fax : **415 459 0724**   Email : **andre@fleury.com**