1  Bruce L. Simon (Bar No. 96241)
      bsimon@psswplaw.com
2  Esther L. Klisura (Bar No. 221171)
      eklisura@psswplaw.com
3  **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 1200
4  San Francisco, California 94104
   Telephone: (415) 433-9000
5  Facsimile: (415) 433-9008

6  Geoffrey Spellberg (Bar No. 121079)
      gspellberg@meyersnave.com
7  **MEYERS, NAVE, RIBACK, SILVER & WILSON**
   575 Market Street, Suite 2600
8  San Francisco, California 94105
   Telephone: (415) 837-0456
9  Facsimile: (415) 398-2625

10  *Attorneys for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., on behalf of himself and all other similarly situated watchmakers, and LIZ HART, on behalf of herself and all others similarly situated consumers,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RICHEMONT NORTH AMERICA, INC., a Delaware corporation and successor to Cartier, Inc.,<br><br>    Defendant. | Case No. C05-4525 EMC<br><br>**RESPONSE BY PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP AND MEYERS, NAVE, RIBACK, SILVER & WILSON TO PLAINTIFF ANDRÉ FLEURY'S AUGUST 13, 2007 LETTER REGARDING PROPOSED DISCLAIMER** |

771530.1

Case No. C05-4525 EMC
RESPONSE TO PLAINTIFF ANDRÉ FLEURY'S AUGUST 13, 2007 LETTER REGARDING PROPOSED DISCLAIMER

Pearson, Simon, Soter, Warshaw & Penny, LLP and Meyers, Nave, Riback, Silver & Wilson (hereinafter "proposed class counsel") submit this response to plaintiff André Fleury's August 13, 2007 letter to the Court regarding the proposed disclaimer.

First, as requested by the Court, counsel for the plaintiffs and defendant together drafted the proposed disclaimer language. Counsel believe that the proposed disclaimer is a factual and neutral statement that balances the competing interests under all of the circumstances. Second, Mr. Fleury's letter suggests that communications are ongoing and will continue in the future. Thus, proposed class counsel believe it is necessary to have procedures and rules in place as soon as reasonably practicable to protect both the Court's interests in the proper and effective administration of justice and Mr. Fleury's interests in communicating with putative class members.

DATED: August 15, 2007	PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

By: /s/ Bruce L. Simon
　　BRUCE L. SIMON
　　Attorneys for Plaintiffs and the Class

## PROOF OF SERVICE

FLEURY, ET AL. vs. RICHEMONT NORTH AMERICA, INC.

Case No. C05-04525 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of SAN FRANCISCO, STATE OF CALIFORNIA. My business address is 44 Montgomery Street, Suite 1200, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within action;

On August 15, 2007, I served the following document(s) entitled

**RESPONSE BY PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP AND MEYERS, NAVE, RIBACK, SILVER & WILSON TO PLAINTIFF ANDRÉ FLEURY'S AUGUST 13, 2007 LETTER REGARDING PROPOSED DISCLAIMER**

__X__ **BY ELECTRONIC FILING:** I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

__X__ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (415) 433-9008. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

__X__ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served as set forth in the service list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2007, at San Francisco, California.

Madelyn Morton

771583.1

C-5-4525 EMC

PROOF OF SERVICE

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

# SERVICE LIST

**By Facsimile & Overnight Delivery:**

| | |
|---|---|
| André Fleury<br>523 Fourth Street<br>San Rafael, CA 94901<br>Facsimile: (415) 459-0724 | Plaintiff |

**By Electronic Filing:**

| | |
|---|---|
| Dennis E. Glazer, Esq.<br>Edward N. Moss, Esq.<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>Facsimile: (212) 450-3900 | Counsel for Defendant Richemont North America, Inc. |
| Amanda Gallagher, Esq.<br>Thomas A. McGrath, Esq.<br>Brenda D. DiLuigi<br>LINKLATERS, LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Facsimile: (212) 903-9100 | Counsel for Defendant Richemont North America, Inc. |
| Jerome B. Falk, Jr., Esq.<br>Dirk M. Schenkkan, Esq.<br>HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Facsimile: (415) 217-5910 | Counsel for Defendant Richemont North America, Inc. |

771583.1

C-5-4525 EMC

PROOF OF SERVICE