United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF FLEURY** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | **(Docket No. 122)** |
| _____/ | |

    The law firms representing Plaintiff Andre Fleury have filed a motion to withdraw as counsel. Having considered the parties' briefs and accompanying submissions, as well as the oral argument of counsel and Mr. Fleury, the Court hereby **GRANTS** the motion.

    "In the Northern District of California, the conduct of counsel is governed by the standards of professional conduct required of members of the State Bar of California, including the Rules of Professional Conduct of the State Bar of California." *Hill Design Group v. Wang*, No. C 04-521 JF (RS), 2006 U.S. Dist. LEXIS 93449, at *11 (N.D. Cal. Dec. 11, 2006). Under California Rule of Professional Conduct 3-700, counsel may withdraw from representation if, *inter alia*, the client's "conduct renders it unreasonably difficult for the [attorney] to carry out the employment effectively." Cal. R. Prof. Conduct 3-700(C)(1)(d). In the instant case, the Court finds that the breakdown of relations between counsel and Mr. Fleury is irreparable such that counsel can no longer represent Mr. Fleury effectively. *See id.* at *12-13 (granting motion to withdraw as counsel where clients "have been unwilling or unable to communicate or to cooperate with [counsel]"). Mr.

Fleury has made a number of seriously disparaging remarks about counsel and has indicated his lack of trust.[1] Accordingly, counsel's motion to withdraw is granted.

Effective immediately,[2] Mr. Fleury shall proceed as a pro se litigant unless he finds counsel to represent him and counsel makes an appearance with this Court. All papers and pleadings shall be served on Mr. Fleury at the following address unless Mr. Fleury notifies the Court that a different address should be used: 523 Fourth Street, San Rafael, CA 94901.

This order disposes of Docket No. 122.

IT IS SO ORDERED.

Dated: August 27, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] The Court also notes that Mr. Fleury has not indicated that he wants his attorneys to continue to represent him. In fact, in his letter of August 16, 2007, Mr. Fleury states that he "accept[s]" the motion to withdraw "with the understanding that I bear no liability or obligation toward [counsel]." Fleury letter of 8/16/07. In granting counsel's motion to withdraw, the Court does not make any conclusions about what obligations Mr. Fleury may have to his (now former) attorneys.

[2] The tension between Mr. Fleury and counsel has been apparent for several weeks. He has been aware of the intent of counsel to file the motion to withdraw weeks ago and participated in a court ordered mediation to resolve their differences -- without success.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA  94901

Dated: August 27, 2007             RICHARD W. WIEKING, CLERK

                                   By:        /s/
                                        Leni Doyle
                                        Deputy Clerk