United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION TO INTERVENE AND FILE SECOND AMENDED COMPLAINT** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | **(Docket No. 125)** |
| _____/ | |

Mike Mertaban, Dennis Warner, and Charles Cleves have filed a motion asking for leave to intervene as plaintiffs and class representatives in the above-referenced case. Their motion is supported by one of the current plaintiffs/class representatives in the case, Liz Hart, but opposed by the other, *i.e.*, Andre Fleury.

Under Federal Rule of Civil Procedure 24(b) governs permissive intervention. It provides that, "[u]pon timely application anyone may be permitted to intervene in an action . . . when an applicant's claim or defense and the main action have a question of law or fact in common." Fed. R. Civ. P. 24(b). It further provides that, "[i]n exercising its discretion the court shall consider whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties." *Id.*

In addition, Rule 23, which governs class action, states that a court may make appropriate orders "requiring, for the protection of the members of the class or otherwise for the fair conduct of the action, that notice be given in such manner as the court may direct to some or all of the members . . . of the opportunity of members to signify whether they consider the representation fair and

adequate, to intervene and present claims or defenses, or otherwise to come into the action." Fed. R. Civ. P. 23(d)(2).

For the reasons stated on the record, Mr. Mertaban, Mr. Warner, and Mr. Cleves have established that a common question of law and/or fact exists with respect to their claims and the claims in the instant case.  Furthermore, their intervention will not unduly delay or prejudice the adjudication of the rights of the original parties, including Mr. Fleury.  Their intervention as class representatives will facilitate the fair conduct of the action by installing class representatives not in conflict with counsel, thus permitting the next steps in the potential resolution of this case to go forward.  For the reasons stated on the record, Mr. Fleury's opposition to intervention by Mr. Mertaban, Mr. Warner, and Mr. Cleves as class representatives is without merit.

The Court therefore grants the motion to intervene and shall allow counsel for Mr. Mertaban, Mr. Warner, Mr. Cleves, and Ms. Hart to file their proposed second amended complaint (filed on August 23, 2007).

This order disposes of Docket No. 125.

IT IS SO ORDERED.

Dated: August 27, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA  94901

Dated:  August 27, 2007                RICHARD W. WIEKING, CLERK

By:  _____/s/_____
         Leni Doyle
         Deputy Clerk

3