United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE FLEURY, *et al.*,

    Plaintiffs,

    v.

RICHEMONT NORTH AMERICA, INC.,

    Defendant.

_____/

No. C-05-4525 EMC

**ORDER RE PLAINTIFF FLEURY'S LETTER OF AUGUST 29, 2007**

Plaintiff Andre Fleury has submitted an undated letter which was received by the Court on August 29, 2007.[1] To the extent the letter constitutes a motion for reconsideration of the Court's order granting the motion to intervene, the motion is hereby **DENIED**. Mr. Fleury has failed to provide any admissible evidence in support of his request.

IT IS SO ORDERED.

Dated: August 30, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] The Court instructs Mr. Fleury that any future submission to the Court should be dated.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA  94901

Dated:  August 30, 2007          RICHARD W. WIEKING, CLERK

                                 By:       /s/
                                       Leni Doyle
                                       Deputy Clerk