UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE FLÉURY, d/b/a SWISS WATCH CO., MIKE MERTABAN, d/b/a WATCH EXPERTS, DENNIS WARNER, and CHARLES CLEVES, on behalf of themselves and all other similarly situated watchmakers, and LIZ HART, on behalf of herself and all other similarly situated consumers,

Plaintiffs,

v.

RICHEMONT NORTH AMERICA, INC., a Delaware corporation and successor to Cartier, Inc.,

Defendant.

Case No.: C-05-04525 EMC

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Dennis E. Glazer, an active member in good standing of the bar of the New York State Court of Appeals whose business address and telephone number is Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, (212) 450-4900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Richemont North America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/20/07

United States Magistrate Judge
Hon. Edward M. Chen