UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF ANDRÉ FLEURY'S FILING OF OCTOBER 15, 2007** |
| CARTIER INTERNATIONAL, a French company, and CARTIER, INC., an American company, | |
| Defendants. | |

The Court received Mr. Andre Fleury's filing, dated October 11, 2007, and filed with the Court on October 15, 2007, entitled, "Reply to Mr. Simon, Mr. Spellberg and further objection to Proposed Settlement on behalf of myself and supporting watchmakers"  The Court strikes this filing and removes it from the record.

Mr. Fleury has failed to seek leave to file additional briefing beyond that permitted by the Local Rules.

From this point on, filings not in compliance with the applicable rules and Orders of this Court will not be accepted.

IT IS SO ORDERED.

Dated: October 15, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA  94901

*ORDER SERVED VIA ELECTRONIC FILING TO ALL COUNSEL*

**VIA FACSIMILE AND U.S. MAIL**

Dated: October 15, 2007          RICHARD W. WIEKING, CLERK


By:      /s/
     Leni Doyle
     Deputy Clerk