UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE FLEURY, *et al.*,

    Plaintiffs,

v.

RICHEMONT NORTH AMERICA, INC.,

    Defendant.
_____/

No. C-05-4525 EMC

**ORDER RE OCTOBER 17, 2007 HEARING**

On October 17, 2007, the Court held a hearing on a joint motion for preliminary approval filed by Defendant Richemont North America, Inc. and Plaintiffs Mike Mertaban, Dennis Warner, Charles Cleves, and Liz Hart. This order is intended to memorialize the rulings made at the hearing.

A.    <u>Joint Motion for Preliminary Approval</u>

In order for the Court to assess the fairness, reasonableness, and adequacy of the proposed settlement, the Court is need of additional briefing and evidence. For example:

- An explanation as to why that a watchmaker may only apply to be part of Defendant's authorized repair network within the six months from the date of final Court approval. *See* Stip. of Settlement ¶ 1.21.
- A copy of the evaluation form. *See* Stip. of Settlement ¶ 2.1(b)-(c).
- An explanation as to (1) why Richemont should retain "sole discretion to determine whether a Watchmaker Applicant meets the criteria set forth in the Evaluation Form," Stip. of Settlement ¶ 2.1(c), and (2) whether, in light of this provision, a watchmaker would be barred from arguing that Richemont implemented the evaluation form in bad faith.

- Evidence that authorized dealers, repair shops, or service centers are required to have Cartier-specific tools.
- Evidence as to what the Cartier-specific tools are.
- An explanation as to what additional tools watchmakers may be required to purchase in the future. *See* Stip. of Settlement ¶ 2.2(a) ("Defendant shall bear 75% of the *initial* cost of Cartier-specific tooling . . . .") (emphasis added).
- Evidence of the price normally paid for Cartier-specific tools and parts.
- An explanation as to what standards a qualified watchmaker applicant would be held to in the future should be provided. *See* Stip. of Settlement ¶ 2.1(f) (providing that qualified applicants "shall be required to meet and adhere to the same standards of quality, performance and training as are required of existing authorized dealers or repair shops generally, failing which they may, in the ordinary course, be terminated from the authorized repair network"). If there are any written guidelines, they should be submitted.
- Evidence as to the average cost of consumer repairs.
- An explanation as to what kind of reporting mechanism should be included as part of the proposed settlement (*e.g.*, so that an assessment can be made as to how many watchmakers and consumers participated in the class action).
- Details as to what specific discovery has been conducted in the case, including what information was found to change either side's evaluation of the case.
- Information as to Richemont's defenses.
- Specific information as to the strengths and weaknesses of each side's position.

The parties who filed the joint motion shall provide additional briefing and evidence in support of their motion by October 26, 2007. Mr. Fleury shall have until November 2, 2007, to respond to the supplemental briefing and evidence.

B. <u>Mr. Fleury's Website</u>

Mr. Fleury is hereby ordered to post the disclaimer previously ordered by the Court, *see* Docket No. 135 (order, dated 8/15/07), on each and every page of the websites that he maintains that relate to any aspect of this litigation or its proposed settlement. This includes but is not limited to

2

the website www.andre-fleury.com.  The disclaimer must be posted on the websites by 11:59 p.m., October 17, 2007.  Mr. Fleury risks sanctions if he fails to do so.

In addition, Mr. Fleury is ordered to submit to the Court for in camera review a copy of any and all responses he received to the websites.  The submission shall be made by October 26, 2007.  The Court shall determine whether further action is needed after reviewing the submission.

IT IS SO ORDERED.

Dated:  October 17, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE FLEURY, *et al.*,

        Plaintiffs,

    v.

RICHEMONT NORTH AMERICA, INC.,

        Defendant.
_____/

No. C-05-4525 EMC

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA  94901

Dated: October 17, 2007                    RICHARD W. WIEKING, CLERK

                                             By:       /s/
                                                  Leni Doyle
                                                  Deputy Clerk