UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER RE ISSUES FOR NOVEMBER 7, 2007 HEARING** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

The Court held a hearing on the Settling Plaintiffs and Defendant's joint motion for preliminary approval on October 17, 2007. Thereafter, the Court asked for supplemental briefing and/or evidence from all parties and set another hearing on the motion for November 7, 2007. Having reviewed the submissions from the parties, the Court hereby orders that they be prepared to address the following issues:

(1) What is the relationship between Defendant and the dealers authorized to perform Cartier watch maintenance and repair services? In particular, what is the economic relationship between the two? Are the authorized dealers economically independent from Defendant? Do they have an economic relationship similar to a franchise relationship or pursuant to which the authorized dealers pay Cartier a royalty?

(2) Assuming that the authorized dealers are entirely economically independent, do Plaintiffs have any case law supporting a tying claim when there are truly independent service organizations such as the authorized dealers who can supply parts and labor? *Cf. Triad*

1  *Systems Corp. v. Southeastern Express Co.*, No. C 92 1539-FMS, 1994 U.S. Dist. LEXIS
2  5390 (N.D. Cal. Mar. 18, 1994).

4  IT IS SO ORDERED.

6  Dated: November 5, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA 94901


Dated: November 5, 2007                    RICHARD W. WIEKING, CLERK


                                           By:    _____/s/_____
                                                  Leni Doyle
                                                  Deputy Clerk

3