UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE FLEURY, *et al.*,

        Plaintiffs,

    v.

RICHEMONT NORTH AMERICA, INC.,

        Defendant.
_____/

No. C-05-4525 EMC

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO SEAL DOCUMENTS**

**(Docket No. 190)**

        The Court hereby **GRANTS** Plaintiffs' request to seal Exhibit C to Mr. Fleury's November 1, 2007, filing. The Court defers ruling on Plaintiffs' request for an order requiring Mr. Fleury to return all documents designated "Confidential" or "Highly Confidential." That request shall be discussed at the hearing on November 7, 2007.

        IT IS SO ORDERED.

Dated: November 6, 2007

                                                  _____
                                                  EDWARD M. CHEN
                                                  United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA  94901

Dated:  November 6, 2007          RICHARD W. WIEKING, CLERK

                                  By:  _____/s/_____
                                       Leni Doyle
                                       Deputy Clerk