UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF FLEURY'S LETTER OF NOVEMBER 28, 2007** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | **(Docket No. 201)** |
| _____/ | |

Plaintiff Andre Fleury has submitted an undated letter which was received by the Court on November 28, 2007.[1] The letter was received after the Court issued its order granting preliminary approval of the proposed class settlement. Nothing in Mr. Fleury's correspondence alters the Court's conclusion that preliminary approval is appropriate. The Court has determined that the proposed settlement appears sufficiently fair, reasonable, and adequate in order to justify preliminary approval.

The changes to the notice proposed by Mr. Fleury are not appropriate. The Court has not appointed Mr. Fleury the class representative. To the extent Mr. Fleury is arguing that he should be appointed a class representative, that request is denied. Mr. Fleury has failed to demonstrate that he is an adequate representative as he is proceeding pro se. *See* Wright & Miller, 7A Fed. Prac. & Proc. Civ. 3d R23 (stating that "class representatives cannot appear pro se"); *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) (in civil rights class action brought by a pro se prisoner

---

[1] The Court instructs Mr. Fleury that any future submission to the Court should be dated.

challenging prison policies, stating that "we consider the competence of a layman representing himself to be clearly too limited to allow him to risk the rights of others"). Moreover, papers previously filed by Mr. Fleury suggest that he seeks monetary compensation which is unique to him, is unrealistic, and conflicts with the interests of the class as a whole.

This order disposes of Docket No. 201.

IT IS SO ORDERED.

Dated: November 29, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2

Sidebar (left margin, vertical): **United States District Court** — For the Northern District of California
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA 94901

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING*

Dated: November 29, 2007        RICHARD W. WIEKING, CLERK

By: _____/s/_____
Leni Doyle
Deputy Clerk