UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER RE FLEURY CORRESPONDENCE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

The Court has received from Plaintiff Andre Fleury copies of several letters written by him to defense counsel. These letters do not make any request for relief from the Court. The Court is simply carbon copied on the letter.

The Court hereby orders Mr. Fleury to stop sending copies of his correspondence with defense counsel (or, for that matter, with counsel for the other Plaintiffs in the case) to the Court. This order does not, of course, bar Mr. Fleury from attaching any relevance correspondence to a declaration in support of any properly noticed motion or application that he makes with the Court.

IT IS SO ORDERED.

Dated: January 2, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA 94901

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING ("E-FILING")*

Dated: January 2, 2008     RICHARD W. WIEKING, CLERK

By: _____/s/_____
    Leni Doyle
    Deputy Clerk