UNITED STATES DISTRICT COURT

Northern District of California

ANDRE FLEURY, d/b/a SWISS WATCH CO., MIKE MERTABAN, d/b/a WATCH EXPERTS, DENNIS WARNER, et. al.

Plaintiff(s),

v.

RICHEMONT NORTH AMERICA, INC. a Delaware Corporation and suxxessor to Cartier, Inc.

Defendant(s).

CASE NO. C-05-4525 EMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Christopher A. Bandas , an active member in good standing of the bar of

Texas whose business address and telephone number

(particular court to which applicant is admitted)

is

500 N. Shoreline, Ste. 1020
Corpus Christi, TX 78471

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mary Meyer, Objector .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 17, 2008



IT IS SO ORDERED
Judge Edward M. Chen