United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF FLEURY'S SUBMISSION OF MARCH 18, 2008** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

On March 17, 2008, Plaintiff Andre Fleury had his attorney file a notice of appearance before this Court. Counsel on the same day filed objections to the proposed class settlement on the behalf of Mr. Fleury as well as Sacha Fleury. The very next day, on March 18, 2008, the Court received a submission from Mr. Fleury directly, and not his counsel. Because Mr. Fleury is now represented, it will not accept any communication from Mr. Fleury directly and will accept only communications from his counsel. The Court therefore shall return Mr. Fleury's submission to Mr. Fleury.

The Court notes, for the benefit of Mr. Fleury's counsel as well as Defendant, that, in his submission, Mr. Fleury states that he is opting out of the case. If Mr. Fleury wishes to opt out, he is free to do so (subject to the opt-out procedure set forth in this Court's order of November 28, 2007); should that occur, then his previously filed objections will be deemed comments by an amicus curiae and not as a party. *See, e.g.*, *In re Briscoe*, 448 F.3d 201 (3d Cir. 2006); *Shakman v. City of Chicago*, No. 69 C 2145, 2007 U.S. Dist. LEXIS 36506, at *9 (N.D. Ill. May 18, 2007). Mr. Fleury also provided as part of his submission documents allegedly establishing that 300 other watchmakers

1  wish to opt out. The Court does not express any opinion as to whether any of the alleged opt-outs by
2  the 300 watchmakers are proper. It does note, however, that the proper procedure for opting out was
3  covered by the Court's order of November 28, 2007. *See* Docket No. 200, Exs. A-B.

5     IT IS SO ORDERED.

7  Dated: March 21, 2008

   _____
   EDWARD M. CHEN
   United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Andre Fleury
523 Fourth Street
San Rafael, CA  94901 (W/ENCLOSURE)
   3/18/08 letter and
   attachment

Dated: March 21, 2008             RICHARD W. WIEKING, CLERK


                                  By: _____/s/_____
                                       Leni Doyle

3

Deputy Clerk