UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE FLEURY, *et al.*,

    Plaintiffs,

v.

RICHEMONT NORTH AMERICA, INC.,

    Defendant.
_____/

No. C-05-4525 EMC

**ORDER RE STATUS UPDATE AND SETTLING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

    As previously ordered, on July 9, 2008, the Court shall hold a hearing related to the Settling Plaintiffs' motion for attorney's fees and costs. The purpose of the hearing is to permit the Settling Plaintiffs an opportunity to present argument as to why the Court should not delay ruling on the fee motion. The Court has previously indicated that it is inclined to delay ruling on the motion until it can reasonably assess (1) the number of consumer credits that are or are likely to be redeemed and (2) the number of watchmakers that apply to be part of the authorized network and are deemed qualified by Richemont.

    The Court hereby issues the following order with respect to the hearing on July 9.

    (1) At the hearing, the Settling Plaintiffs should be prepared to discuss, *inter alia*, their contention that there is no need to delay an award of fees because the Court may use of the "lodestar plus multiplier" method of computing fees. The Settling Plaintiffs should be prepared to argue whether the Court has discretion as to whether to use the percentage method or the lodestar method and whether results obtained is a relevant factor in the fee analysis.

1  (2) In addition, at the hearing, the Settling Parties shall provide a status update as to the
2  supplemental notice that was ordered by the Court and the response to the supplemental notice. A
3  written status update shall be filed and served by July 2, 2008 (*i.e.*, one week prior to the hearing).

5  IT IS SO ORDERED.

7  Dated: June 23, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.


Andre Fleury  *ALL OTHER COUNSEL SERVED VIA*
523 Fourth Street  *ELECTRONIC FILING ("E-FILING")*
San Rafael, CA  94901


Dated:  June 23, 2008  RICHARD W. WIEKING, CLERK


By:  _____/s/_____
Leni Doyle
Deputy Clerk

3