UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER RE SUPPLEMENTAL EVIDENCE FOR SETTLING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, LITIGATION EXPENSES, AND INCENTIVE AWARDS** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | |
| _____/ | **(Docket No. 231)** |

On July 9, 2008, the Court held a hearing as to whether it should delay ruling on the Settling Plaintiffs' motion for attorney's fees and litigation expenses. At the hearing, the Settling Plaintiffs suggested that the Court could, at this juncture, issue an order awarding the lodestar and then, subsequently, determine whether additional fees should be awarded (*i.e.*, a multiplier) after having a reasonable period of time to assess, *e.g.*, the number of consumer credits that were redeemed and the number of watchmakers who applied to become part of the authorized Cartier network and were deemed qualified by Richemont.

Accordingly, the Court hereby orders the Settling Plaintiffs to file supplemental evidence to support the lodestar claimed. *See* Docket No. 279 (Supp. Simon Decl. ¶ 5) (stating that, as of July 8, 2008, the lodestar is $1,242,921.50). More specifically, the Settling Plaintiffs should file either (1) a copy of the underlying billing records for their attorneys and support staff or (2) a more detailed summary of the hours incurred by their attorneys and support staff (*e.g.*, a summary of the hours

incurred per task). If the Settling Plaintiffs opt for the former, they may file a redacted version of the billing records to the extent that there is any privileged information contained therein; but if they do so then a nonredacted version must be lodged with the Court.

The supplemental evidence must be filed no later than two weeks within the date of this order.

IT IS SO ORDERED.

Dated: July 14, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2