UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*, | No. C-05-4525 EMC |
| Plaintiffs, | |
| v. | **ORDER RE ISSUE RE SETTLING PLAINTIFFS' MOTION FOR APPEAL BOND** |
| RICHEMONT NORTH AMERICA, INC., | |
| Defendant. | **(Docket No. 296)** |
| _____/ | |

The Court has reviewed the parties' briefs and accompanying submissions with respect to Settling Plaintiffs' motion for an appeal bond. Having reviewed such, the Court hereby orders that the parties be prepared to address the following issue at the hearing on September 24, 2008.

If a class objector takes an appeal, and ultimately loses that appeal, what financial liability could the class objector be subject to?

IT IS SO ORDERED.

Dated: September 23, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge