Bruce L. Simon (SBN 96241)
PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email: bsimon@psswplaw.com

Geoffrey Spellberg (SBN 121079)
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767
Email: gspellberg@meyersnave.com

*Settlement Class Counsel and Counsel for Plaintiff
Mike Mertaban, Dennis Warner, Charles Cleves, and Liz Hart*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., MIKE MERTABAN, d/b/a WATCH EXPERTS, DENNIS WARNER, and CHARLES CLEVES, on behalf of themselves and all other similarly situated watchmakers, and LIZ HART, on behalf of herself and all others similarly situated consumers,<br><br>  Plaintiffs,<br><br>vs.<br><br>RICHEMONT NORTH AMERICA, INC.,<br><br>  Defendant. | Case No. C05-04525 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT OF OBJECTOR MARY MEYER'S APPEALS** |

1  WHEREAS on July 3, 2008, this Court granted final approval of the class
2  settlement reached in this case;
3  WHEREAS on July 23, 2008, objector Mary Meyer filed a Notice of Appeal of the
4  Court's final approval order;
5  WHEREAS on August 6, 2008, this Court issued an order on Settlement Class
6  Counsel's motion for attorneys' fees;
7  WHEREAS on August 13, 2008, Meyer filed a Notice of Appeal of the Court's
8  attorneys' fee order;
9  WHEREAS on October 21, 2008, this Court issued an order requiring Meyer to
10 post a $5,000 appeal bond, and Meyer has satisfied the bond requirement;
11 WHEREAS on November 13, 2008, the Ninth Circuit Court of Appeals
12 consolidated Meyer's two appeals;
13 WHEREAS the settlement benefits cannot be distributed to class members until
14 resolution of all appeals;
15 WHEREAS the parties expect that resolution of Meyer's appeals through the
16 appellate process will take several months and possibly years;
17 WHEREAS Meyer's appeals were referred to the Ninth Circuit's Mediation
18 Program, and the parties have engaged in discussions with Circuit Mediator Ann Julius,
19 Esq.;
20 WHEREAS the parties have reached a settlement agreement that, if approved, will
21 resolve all pending appeals and allow the distribution of settlement benefits to class
22 members without the delay of continued litigation;
23 WHEREAS the proposed settlement of the appeals does not diminish the benefits of
24 the underlying class settlement to class members;
25 IT IS HEREBY STIPULATED by class representative Mike Mertaban, class
26 representative Dennis Warner, class representative Charles Cleves, class representative Liz
27 Hart, defendant Richemont North America, Inc., and objector Mary Meyer, by and through
28 their undersigned counsel, that the following settlement terms be approved:

1. In settlement of Meyer's appeals, defendant Richemont North America, Inc. shall pay $15,000 to Meyer's counsel – Frank Liuzzi, Esq. and Christopher A. Bandas, Esq. – for legal fees and costs, which sum shall be separate from, and shall not diminish, the amounts payable by defendant pursuant to the November 21, 2007 Amended Stipulation of Settlement;

2. In settlement of Meyer's appeals, Settlement Class Counsel shall pay $40,000 to Meyer's counsel – Frank Liuzzi, Esq. and Christopher A. Bandas, Esq. – for legal fees and costs, out of the attorneys' fees awarded by the Court on August 6, 2008;

3. Upon approval by this Court of the parties' proposed settlement, Meyer shall dismiss her consolidated appeals with prejudice and shall not appeal any future attorneys' fee order issued in this case; and

4. The appeal bond posted by Meyer may be withdrawn and cancelled upon this Court's approval of this settlement.

SO STIPULATED.

Dated: December 4, 2008    By: _____
                               Bruce L. Simon  Cli Pioan Pearson
                               PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
                               44 Montgomery Street, Suite 1430
                               San Francisco, CA 94104

                               Geoffrey Spellberg
                               MEYERS NAVE RIBACK SILVER & WILSON
                               575 Market Street, Suite 2600
                               San Francisco, CA 94105

                               *Settlement Class Counsel and Counsel for Plaintiffs Mike Mertaban, Dennis Warner, Charles Cleves, and Liz Hart*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 4, 2008 | By: _____ |
| 3 | | Amanda J. Gallagher |
| | | Thomas A. McGrath III |
| 4 | | LINKLATERS LLP |
| | | 1345 Avenue of the Americas |
| 5 | | New York, NY 10105 |

Dated: December 4, 2008      By: _____
Amanda J. Gallagher
Thomas A. McGrath III
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105

Dirk M. Schenkkan
Jerome B. Falk, Jr.
HOWARD RICE NEMEROVSKI CANADY
FALK & RABIN
THREE Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

Edward N. Moss
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Counsel for Defendant Richemont North America, Inc.*

Dated: December 4, 2008      By: _____
Frank Liuzzi
LIUZZI, MURPHY & SOLOMON, LLP
101 Montgomery Street, 27th Floor
San Francisco, CA 94104

Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78471

*Counsel for Objector / Appellant Mary Meyer*

[PROP~~O~~SED] ORDER

Good cause appearing, the settlement of objector Mary Meyer's appeals is hereby approved.

SO ORDERED.

DATED: December 8, 2008

IT IS SO ORDERED

Judge Edward M. Chen