**FILED**

**DEC 11 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDRE FLEURY,<br><br>　　　　Plaintiff,<br><br>　and<br><br>LIZ HART; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>RICHEMONT NORTH AMERICA, INC., a Deleware corporation and successor to Cartier, Inc.,<br><br>　　　　Defendant - Appellee,<br><br>　v.<br><br>MARY MEYER,<br><br>　　　　Objector - Appellant. | No. 08-16724; 08-16995<br><br>D.C. No. 3:05-cv-04525-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

　　The court has been advised that the district court has approved the terms of

the parties' settlement and that no notice of reinstatement will be filed.

AJ/Mediation

Accordingly, pursuant to this court's order of December 9, 2008, these appeals are deemed dismissed with prejudice.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

AJ/Mediation