LAW OFFICES
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1430
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008
PSSWPLAW.COM

LOS ANGELES OFFICE
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
(818) 788-8300
FAX (818) 788-8104

WRITER'S DIRECT CONTACT
(415) 433-9008
BSIMON@PSSWPLAW.COM

January 9, 2009

**By Electronic Case Filing**

Honorable Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Fleury, et al. v. Richemont North America, Inc.*
    Case No.:      C05-4525 EMC

Dear Judge Chen:

On August 6, 2008, Your Honor issued an order partially granting Settlement Class Counsel's request for attorneys' fees. Your Honor deferred a ruling on the balance of the requested fees and set the following deadlines:

| | |
|---|---|
| March 4, 2009 | Last day for Settlement Class Counsel to file supplemental brief; |
| March 18, 2009 | Last day for any opposition brief thereto; and |
| April 1, 2009 | Further hearing on Settlement Class Counsel's motion for attorneys' fees. |

Objector Mary Meyer subsequently appealed the August 6, 2008 order. It appears that appeal caused the above deadlines to be vacated. Both of Meyer's appeals have now been dismissed, and the claims administrator has distributed the $100 credits to members of the Consumer Settlement Sub-Class. In addition, the time for members of the Watchmaker Settlement Sub-Class to submit applications to become authorized Cartier watch repair locations has commenced. Accordingly, Settlement Class Counsel

LAW OFFICES
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

Honorable Edward M. Chen
January 9, 2009
Page 2

respectfully request that the above dates be reinstated, or that new dates shortly thereafter be set.

Very truly yours,

PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP

BRUCE L. SIMON

cc: Counsel for Richemont North America, Inc. (Via ECF)
Counsel for Andre and Sacha Fleury (Via ECF)

794474.1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

Dated: January 2009

