UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE FLEURY, *et al.*,

    Plaintiffs,

    v.

RICHEMONT NORTH AMERICA, INC.,

    Defendant.
_____/

No. C-05-4525 EMC

**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**

**(Docket No. 358)**

    Settling Plaintiffs have filed a letter asking that Mr. Fleury's opposition to Settlement Class Counsel's request for additional fees be sealed because (1) it includes as Exhibit A an excerpt from a confidential mediation statement and (2) it includes as part of Exhibit D a document designated by Defendant as highly confidential. Having reviewed Exhibit A and the relevant part of Exhibit D, the Court hereby **GRANTS** Settling Plaintiffs' request. Accordingly, the Court orders the Clerk of the Court to remove Mr. Fleury's opposition from the public record (located at Docket No. 354) and place it under seal.

    IT IS SO ORDERED.

Dated: March 24, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge