1  Bruce L. Simon (SBN 96241)
   PEARSON, SIMON, WARSHAW & PENNY LLP
2  44 Montgomery Street, Suite 2450
   San Francisco, CA 94104
3  Telephone: (415) 433-9000
   Facsimile: (415) 433-9008
4  Email: bsimon@psswplaw.com

5  Geoffrey Spellberg (SBN 121079)
   MEYERS, NAVE, RIBACK, SILVER & WILSON
6  575 Market Street, Suite 2600
   San Francisco, CA 94105
7  Telephone: (415) 421-3711
   Facsimile: (415) 421-3767
8  Email: gspellberg@meyersnave.com

*Settlement Class Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRÉ FLEURY, d/b/a SWISS WATCH CO., MIKE MERTABAN, d/b/a WATCH EXPERTS, DENNIS WARNER, and CHARLES CLEVES, on behalf of themselves and all other similarly situated watchmakers, and LIZ HART, on behalf of herself and all others similarly situated consumers,<br><br>              Plaintiffs,<br><br>      vs.<br><br>RICHEMONT NORTH AMERICA, INC.,<br><br>              Defendant. | Case No. C05-04525 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUNE 2, 2010 HEARING** |

WHEREAS on or about April 13, 2010, opt-out Andre Fleury and objector Sasha Fleury submitted a letter brief to the Court, which is denominated as a "Motion to revise and or annul the Final Settlement";

WHEREAS the Court set a hearing on the Fleurys' motion for June 2, 2010 at 10:30 a.m.;

WHEREAS Settlement Class Counsel have a scheduling conflict on June 2, 2010;

/ / /

1 | IT IS HEREBY STIPULATED by Settlement Class Counsel and defendant Richemont North America, Inc. that:

   1. The June 2, 2010 hearing may be continued to June 23, 2010 at 10:30 a.m.; and
   2. If the Court approves of the continuance, Settlement Class Counsel shall service written notice of the continuance to the Fleurys.

SO STIPULATED.

Dated: April 27, 2010      By: /s/ Bruce L. Simon
                               Bruce L. Simon
                               PEARSON, SIMON, WARSHAW &
                               PENNY, LLP
                               44 Montgomery Street, Suite 2450
                               San Francisco, CA 94104

                               *Settlement Class Counsel*

Dated: April 27, 2010      By: /s/ Amanda J. Gallagher
                               Amanda J. Gallagher
                               Thomas A. McGrath III
                               LINKLATERS LLP
                               1345 Avenue of the Americas
                               New York, NY 10105

                               *Counsel for Defendant Richemont North America, Inc.*

## [PROPOSED] ORDER

Good cause appearing, the stipulation is approved and the June 2, 2010 hearing shall be continued to June 23, 2010 at 10:30 a.m. Settlement Class Counsel shall serve written notice. Opposition shall be filed by June 2, 2010. Reply shall be filed by June 9, 2010.

SO ORDERED.

Date: 4/28/10

_____
Hon. ~~Edward M. Chen~~ Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen