# WATCHES ON BROADWAY LTD.

## WATCH & CLOCK SALES & REPAIRS.



197 BROADWAY, NEWMARKET, AUCKLAND 1023, NEW ZEALAND.
PHONE/FAX: +64 9 520 5649 E-MAIL: WATCHESONBROADWAY@DIGINET.CO.NZ
WEB: WWW.CLOCKMAKER.CO.NZ

**FILED**
**JUN 1 4 2010**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3/6/10.

Honorable Judge Chen,

I write with regards to the Final Settlement in the Case of Fleury v. Cartier/Richemont.

I am a professional watchmaker in Auckland, New Zealand. I have a vested interest in this case, as I purchase many parts from the USA. I work on many high grade watches, including Cartier and other Richemont products. However, I cannot purchase parts anywhere in the world for these brands, which means the service I can provide for my customers is very limited. There is one watchmaker in all of New Zealand with a parts account with Richemont, and I believe he is contractually bound not to on-sell parts. This means every single owner of a Richemont product in New Zealand, must go through this one service centre to obtain even the most basic repair work.

As an example of what this means for consumers, I recently had a customer bring in a Cartier watch with a broken bracelet. He had sent it to the authorized service centre, and been quoted NZ$1,400 for a replacement bracelet. He came to me for a second opinion, and I was able to repair his watch in approximately five minutes and for just a few dollars.
I understand that my example is hearsay, but the problem is that as long as Richemont are able to dictate terms to their customers, and then this kind of egregious price gouging is going to keep happening.

I leave it to my American counterparts to comment on other aspects of the case, but Your Honor must realize that the outcome of this case affects every independent watchmaker, and every watch owner in the world. At present, over 40 watch companies restrict parts, and Your Honor is in a position to make a clear statement to the affect that consumers everywhere deserve to own their own watches, as opposed to merely renting them from such companies.

**Please keep my name and Business details confidential. This has the potential to harm my chances of obtaining future parts accounts.**

Yours sincerely,
Blair Shallard
Member of the New Zealand Horological Institute.