# Andre Fleury
## Swiss watch co.

Clerk's Office
450 Golden Gate Ave. 16th Floor
San Francisco, CA 94102

Case No. CV 05 04525 EMC

Exhibit 1. Motion

November 26, 2010

**FILED**

NOV 2 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2010 NOV 29 A 10:21 RICHARD W. WIEKING U.S. DISTRICT COURT N.D. OF CALIFORNIA

Honorable Judge Chen:

On June 30, 2010, our last hearing in this matter, you invited me to submit to you any new motion; here it is concerning fraud and deceit by the class action counsel. As per your ruling, I am submitting these motions covering Civil Code fraud and deceit and Bar Association rules violations for your approval and/or guidance.

*Andre Fleury*

Cc: Mrs. Gallagher, Mr. Simon, Mr. Spellberg, Mr. Gilligan.

1 | 523 4th Street, San Rafael. Ca. 94901     Phone: 415 459 7755
andre@fleury.com   www.fleury.com