Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath III (*pro hac vice*)
Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100
amanda.gallagher@linklaters.com
thomas.mcgrath@linklaters.com
brenda.diluigi@linklaters.com

Jerome B. Falk, Jr. (State Bar No. 39087)
Steven L. Mayer (State Bar No. 62030)
Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4204
Tel: (415) 434-1600
Fax: (415) 217-5910
jfalk@howardrice.com
smayer@howardrice.com
dschenkkan@howardrice.com

*Attorneys for Defendant Richemont North America, Inc.*

Please refer to the signature page for a complete list of the parties represented.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHEMONT NORTH AMERICA, INC., <br><br> Defendant. | Case No. C-05-04525 EMC <br><br> **FIFTH REPORT BY THE SETTLING PARTIES ON THE STATUS OF SETTLEMENT IMPLEMENTATION** |

\ \

\ \

\ \

\ \

\ \

On July 3, 2008, this Court issued its Order Re Joint Motion for Final Approval of Class Settlement ("Final Approval Order"), dismissing the individual claims and class claims asserted by Mike Mertaban, Dennis Warner, Charles Cleves, and Liz Hart (the "Settling Plaintiffs") and approving final settlement in accordance with the terms set forth in the Amended Stipulation of Settlement dated November 21, 2007. The Final Approval Order specified that the Settling Plaintiffs and Defendant Richemont North America, Inc. ("Richemont," and together with the Settling Plaintiffs, the "Settling Parties") "shall file a report with the Court" detailing "the number of $100 credits that are actually used by the members of the consumer subclass (or others to whom they have transferred the credits)" as well as "the number of watchmakers who apply to become part of Richemont's authorized network and the number of watchmaker applicants who are ultimately deemed qualified by Richemont." These reports are to be filed with the Court "[f]or the two-year period after final approval," with the first report due "within three months after final approval" and the second report due "within six months after final approval." "Thereafter, the Settling Parties' report shall be filed every six months." On March 12, 2009, the Settling Parties filed their First Report on the Status of Settlement Implementation in accordance with the Final Approval Order. The Settling Parties filed their Second Report on the Status of Settlement Implementation on June 12, 2009, their Third Report on the Status of Settlement Implementation on December 4, 2009, and their Fourth Report on the Status of Settlement Implementation on June 4, 2010.

The Settling Parties now respectfully submit their fifth and final settlement report in accordance with the Court's order. As of December 1, 2010, the relevant figures are as follows:

- 7,386 $100 consumer credits were redeemed by members of the consumer subclass (or others to whom they have transferred the credits);
- 93 watchmakers have requested applications to become Cartier authorized repair service providers;
- 63 of the watchmakers who requested applications either failed to return a completed application to Richemont or, after multiple requests by Richemont,

       failed to provide information necessary to complete the application, and accordingly, Richemont has closed the files of those applicants;

– of the completed applications received:

- Richemont has approved 10 applications; and
- Richemont has declined to appoint 20 applicants to the Cartier repair network because the applicants did not meet the approved criteria for qualification contained in the Evaluation Form.

Dated: New York, New York
December 9, 2010

Respectfully submitted,

By: /s/ Amanda J. Gallagher
Thomas A. McGrath III
Amanda J. Gallagher
Brenda D. DiLuigi
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105

Jerome B. Falk, Jr.
Steven L. Mayer
Dirk M. Schenkkan
HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN,
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4204

*Attorneys for Defendant
Richemont North America, Inc.*

By: /s/ Bruce L. Simon
Bruce L. Simon (State Bar No. 96241)
PEARSON, SIMON, WARSHAW &
PENNY LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Tel: (415) 433-9000
Fax: (415) 433-9008
bsimon@psswplaw.com

Geoffrey Spellberg (State Bar No. 121079)
MEYERS, NAVE, RIBACK,
SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, CA 94105
Tel: (415) 421-3711
Fax: (415) 421-3767
gspellberg@meyersnave.com

*Settlement Class Counsel and*
*Counsel for Plaintiffs Mike Mertaban,*
*Dennis Warner, Charles Cleves,*
*and Liz Hart*