Amanda J. Gallagher (*pro hac vice*)
Thomas A. McGrath III (*pro hac vice*)
Brenda D. DiLuigi (*pro hac vice*)
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100
amanda.gallagher@linklaters.com
thomas.mcgrath@linklaters.com
brenda.diluigi@linklaters.com

Jerome B. Falk, Jr. (State Bar No. 39087)
Steven L. Mayer (State Bar No. 62030)
Dirk M. Schenkkan (State Bar No. 72533)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center
Seventh Floor
San Francisco, California 94111-4204
Tel: (415) 434-1600
Fax: (415) 217-5910
jfalk@howardrice.com
smayer@howardrice.com
dschenkkan@howardrice.com

*Attorneys for Defendant Richemont North America, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHEMONT NORTH AMERICA, INC., <br><br> Defendant. | Case No. C-05-04525 EMC <br><br> **PROOF OF SERVICE** |

//

//

//

PROOF OF SERVICE
Case No. C 05-4525

# PROOF OF SERVICE

*Fleury et al. v. Richemont North America, Inc.*

Case No. C 05-4525 EMC

STATE OF NEW YORK, COUNTY OF NEW YORK

I am employed in the County of New York, State of New York. My business address is 1345 Avenue of the Americas, New York, New York, 10105. I am over the age of 18 years and am not a party to the within action;

On December 9, 2010, I served the following document:

**Fifth Report by the Settling Parties on the Status of Settlement Implementation**

__X__  **BY ELECTRONIC FILING.** I served a true copy on this date of the document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

__X__  **BY OVERNIGHT DELIVERY.** I deposited such document in a box or other facility maintained by the overnight services carrier, or delivered such document to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served, as shown in the attached service list.

I declare that I am admitted *pro hac vice* to practice before this Court.

Executed on December 9, 2010 in New York, New York.

Amanda J. Gallagher

PROOF OF SERVICE
Case No. C 05-4525

## SERVICE LIST

**BY OVERNIGHT DELIVERY:**

Andre Fleury
523 4th Street
San Rafael, California 94901

PROOF OF SERVICE
Case No. C 05-4525