UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE FLEURY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RICHEMONT NORTH AMERICA, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C-05-4525 EMC<br><br>**ORDER DENYING ANDRE AND SACHA FLEURY'S REQUEST FOR LEAVE TO FILE "MOTION FOR WRONGDOING BY CARTIER/RICHEMONT"**<br><br>**(Docket No. 475)** |

　　　　The Court has reviewed the request by Andre and Sacha Fleury to file a "Motion for Wrongdoing by Cartier/Richemont." This request comes on the heels of this Court's order of December 1, 2010 denying Andre Fleury's Request for Leave to file Motion to Annul Settlement. The Court concludes the that complaints of alleged wrongdoing do not contain materially new information or of sufficient merit to warrant the filing yet another motion contesting and seeking to annul the settlement herein. The request is therefore **DENIED**.

　　　　This order disposes of Docket No. 475.

　　　　IT IS SO ORDERED.

Dated: January 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge